USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TYLER SELL, NICHOLAS SKIADAS, and
MARCUS KNICKERBOCKER, *individually and on behalf of all others similarly situated*,

                        Plaintiffs,

-against-

ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN

                       Defendants.
------------------------------------------------------------------X

1:19-cv-6137-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 30, 2019, members of the purported class in *Sell v. Acer Therapeutics Inc.*, 1:19-cv-9137 filed motions to serve as lead plaintiff. Oppositions to the motions may be filed no later than September 17, 2019. Replies, if any, may be filed no later than September 24, 2019.

SO ORDERED.

Dated: September 3, 2019
New York, New York

                                                                 GREGORY H. WOODS
                                                           United States District Judge