USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICHOLAS SKIADAS, *individually and on behalf of all others similarly situated*,

                                              Plaintiffs,

-against-

ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN

                                              Defendants.
-------------------------------------------------------------------X

1:19-cv-6137-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Clerk of Court is directed to conform the caption of this case to the caption used in this order.

    SO ORDERED.

Dated: December 9, 2019
New York, New York

                                                             GREGORY H. WOODS
                                                              United States District Judge