UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS SKIADAS, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,

Defendants.

Case No. 1:19-CV-6137-GHW

**DECLARATION OF JAMIE A. LEVITT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Jamie A. Levitt, declare:

1.      I am an attorney admitted to practice before the United States District Court for the Southern District of New York and a Partner in the law firm of Morrison & Foerster LLP, counsel to defendants Acer Therapeutics Inc. ("Acer"), Harry Palmin, and Chris Schelling (collectively "Defendants") in this action.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of cited portions of Acer's 2017 Annual Report (Form 10-K), dated March 7, 2018.

3.      Attached as Exhibit B is a true and correct copy of cited portions of Acer's Preliminary Prospectus Supplement (to Prospectus dated November 21, 2017), dated December 11, 2017.

4.      Attached as Exhibit C is a true and correct copy of cited portions of Acer's 2017 Quarterly Report (Form 10-Q), dated November 13, 2017.

5.      Attached as Exhibit D is a true and correct copy of Acer's Current Report (Form 8-K), dated January 2, 2020.

1

6.     Attached as Exhibit E is a true and correct copy of cited portions of Acer's

Preliminary Prospectus Supplement (to Prospectus dated November 21, 2017), dated July 31,

2018.

7.     Attached as Exhibit F is a true and correct copy of the unpublished decision in *In*

*re Philip Morris Int'l Inc. Secs. Litig.*, No. 18-cv-08049 (S.D.N.Y. Feb. 4, 2020) (ECF. No. 123).

8.     I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

foregoing is true and correct.

Dated:     New York, New York                          */s/ Jamie A. Levitt*
           February 7, 2020                            Jamie A. Levitt