UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLAS SKIADAS, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,

Defendants.

Case No. 1:19-CV-6137-GHW

**DECLARATION OF JAMIE A. LEVITT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

---

I, Jamie A. Levitt, declare:

1.      I am an attorney admitted to practice before the United States District Court for the Southern District of New York and a Partner in the law firm of Morrison & Foerster LLP, counsel to defendants Acer Therapeutics Inc. ("Acer"), Harry Palmin, and Chris Schelling (collectively "Defendants") in this action.  I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of cited portions of Acer's 2017 Annual Report (Form 10-K), dated March 7, 2018.

3.      Attached as Exhibit B is a true and correct copy of cited portions of Acer's Preliminary Prospectus Supplement (to Prospectus dated November 21, 2017), dated December 11, 2017.

4.      Attached as Exhibit C is a true and correct copy of cited portions of Acer's 2017 Quarterly Report (Form 10-Q), dated November 13, 2017.

1

5.      Attached as Exhibit D is a true and correct copy of cited portions of FDA Draft Guidance for Industry, "Refuse to File:  NDA and BLA Submissions to CDER" dated December 2017.

6.      Attached as Exhibit E is a true and correct copy of Acer's Current Report (Form 8-K), dated January 2, 2020.

7.      Attached as Exhibit F is a true and correct copy of the unpublished decision in *Smith v. Antares Pharma, Inc., et al.*, Civil Action No. 17-8945 (MAS) (DEA) (D.N.J. Apr. 28, 2020) (ECF No. 64).

8.      Attached as Exhibit G is a true and correct copy of the unpublished decision in *Schaeffer v. Nabriva Therapeutics PLC, et al.*, No. 19 Civ. 4183 (VM) (S.D.N.Y. Apr. 28, 2020) (ECF No. 40).

Dated:      New York, New York          */s/ Jamie A. Levitt*
            May 1, 2020                  Jamie A. Levitt

2