UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLAS SKIADAS, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,

Defendants.

Case No. 1:19-CV-6137-GHW

---

### DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OF THE JUNE 16, 2020 MEMORANDUM OPINION AND ORDER ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Reconsideration of the June 16, 2020 Memorandum Opinion and Order on Defendants' Motion to Dismiss the Second Amended Complaint and all prior proceedings, pleadings, and filings in the above-captioned action, defendants Acer Therapeutics Inc., Chris Schelling, and Harry Palmin, by and through their counsel, Morrison & Foerster LLP, hereby move this Court, before the Honorable Gregory H. Woods, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007-1312, pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, for an order granting reconsideration of the portion of the Court's June 16, 2020 Opinion and Order (Dkt. 54) denying in part Defendants' Motion to Dismiss the Second Amended Complaint.

Dated:   New York, New York
        July 1, 2020

MORRISON & FOERSTER LLP


By:   */s/ Jamie A. Levitt*
    Jamie A. Levitt
    Lauren M. Gambier
    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900
    Email: JLevitt@mofo.com
          LGambier@mofo.com

    Jordan Eth (admitted *pro hac vice*)
    425 Market Street
    San Francisco, CA 94105-2482
    Telephone: (415) 268-7126
    Facsimile: (415) 276-7126
    Email: JEth@mofo.com

    *Attorneys for Defendants Acer*
    *Therapeutics Inc., Chris Schelling, and*
    *Harry Palmin*