```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICHOLAS SKIADAS, *individually and on behalf of all* :
*others similarly situated*,                         :
                                                     :
                              Plaintiffs,            :    1:19-cv-6137-GHW
                                                     :
            -against-                                :    ORDER
                                                     :
ACER THERAPEUTICS INC., CHRIS                        :
SCHELLING, and HARRY PALMIN                          :
                                                     :
                              Defendants.            :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On July 1, 2020, Defendants moved for reconsideration of the Court's opinion on Defendants' motion to dismiss. *See* Dkt Nos. 58-59. Plaintiff's response to the motion for reconsideration is due no later than July 13, 2020.

SO ORDERED.

Dated: July 2, 2020

_____
GREGORY H. WOODS
United States District Judge