**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
Brian B. Alexander
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
balexander@rosenlegal.com

*Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,<br><br>    Defendants. | No.: 1:19-cv-06137-GHW<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AND TO MODIFY THE SCHEDULING ORDER** |

PLEASE TAKE NOTICE that Lead Plaintiff Nicholas Skiadas, by and through his counsel,

The Rosen Law Firm, P.A., hereby moves this Court, before the Honorable Gregory H. Woods, at

the United States District Court for the Southern District of New York, located at 500 Pearl Street,

New York, NY 10007-1312, on a date and time to be determined as counsel may be heard, for an

order: (1) granting leave for Plaintiff to file a Third Amended Complaint; (2) modifying the Court's

previously issued scheduling order (ECF No. 67); and (3) granting any such other relief that the

Court deems just and proper. This Motion is made pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure and is supported by the accompanying Memorandum of Law in Support of Defendants' Motion for Leave to File a Third Amended Complaint and to Modify the Scheduling Order; the Declaration of Brian B. Alexander, dated December 3, 2020, and the exhibits thereto; and all other papers filed in the above-captioned action.

Dated: December 3, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
By: /s/*Laurence Rosen*

Laurence Rosen
Phillip Kim
Brian B. Alexander
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
pkim@rosenlegal.com
balexander@rosenlegal.com

*Counsel for Plaintiff and the Class*

2