Proposed Third Amended
Complaint

# Exhibit 1

[REDACTED]

CONFIDENTIAL

 DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration
Silver Spring MD 20993

PIND 127365

**MEETING MINUTES**

Camargo Pharmaceutical Services
Attention: K Gary Barnette, PhD
Vice President of Drug Development
2505 Meridian Parkway, Suite 175
Durham, NC 27713-5248


Dear Dr. Barnette:

Please refer to your Pre-Investigational New Drug Application (PIND) file for celiprolol.

We also refer to the meeting between representatives of your firm and the FDA on 30 September 2015. The purpose of the meeting was to discuss development plans for this product.

A copy of the official minutes of the meeting is enclosed for your information. Please notify us of any <u>significant</u> differences in understanding regarding the meeting outcomes.

If you have any questions, please call Bridget Kane at (240) 402-2170.

Sincerely,

*[See appended electronic signature page]*

Norman Stockbridge, MD, PhD
Director
Division of Cardiovascular & Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research


Enclosure:
Meeting Minutes

Reference ID: 3832454

CONFIDENTIAL

ACER_0002203



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

| | |
|---|---|
| **Meeting Type:** | B |
| **Meeting Category:** | Pre-IND |
| **Meeting Date and Time:** | 30 September 2015 from 1000 – 1100 EST |
| **Meeting Location:** | 10903 New Hampshire Avenue |
| | White Oak Building 22, Conference Room: 1309 |
| | Silver Spring, Maryland 20903 |
| **Application Number:** | 127365 |
| **Product Name:** | celiprolol |
| **Indication:** | Treatment of Vascular Ehlers-Danlos Syndrome |
| **Sponsor Name:** | Acer Therapeutics |
| **Meeting Chair:** | Norman Stockbridge, MD, PhD |
| **Meeting Recorder:** | Bridget Kane, MS |

### FDA ATTENDEES

*\*Office of New Drugs I, Division of Cardiovascular and Renal Products*
Norman Stockbridge, MD, PhD                Director
Stephen Grant, MD                          Deputy Director
Fred Senatore, MD, PhD                      Clinical Reviewer
Albert De Felice, PhD                       Team Leader, Pharmacology/Toxicology
Muriel Saulnier, DVM, PhD                   Reviewer, Pharmacology/Toxicology
Edward Fromm, RPh, RAC                      Chief, Project Management
Bridget Kane, MS                            Regulatory Project Manager

*\*Office of Clinical Pharmacology, Division of Clinical Pharmacology I*
Raj Madabushi, PhD                          Team Leader, Clinical Pharmacology
Katarzyna Drozda, PhD                       Reviewer, Pharmacogenomics

*\*Office of Product Quality/Division of Biopharmaceutics*
Angelica Dorantes, PhD                      Branch Chief, Biopharmaceutics

### SPONSOR ATTENDEES

Ben Dewees                                  Vice President Regulatory and Manufacturing
Chris Schelling                             Chief Operating Officer
*Consultants*
Pierre Boutouyrie                           Professor (PU-PH), Pharmacologie-
                                            Toxicologie Unite de Pharmacologie Clinique,
                                            Hôpital Européen Georges-Pompidou, France
K. Gary Barnette, PhD                       Vice President, Drug Development, Camargo
                                            Pharmaceutical Services, LLC
John Johnson, PhD                           Research Scientist III, Camargo Pharmaceutical
                                            Services, LLC

Reference ID: 3832454

CONFIDENTIAL                                                                 ACER_0002204

PIND 127365
Page 2

## 1.0    BACKGROUND

Ehlers-Danlos syndrome (EDS) is a rare, genetic, connective tissue disorder associated with articular hypermobility, skin extensibility, and tissue fragility. Vascular EDS (vEDS or type IV subtype) is characterized by high risk arterial, intestinal, and uterine ruptures as well as complications that may arise during surgical or radiological intervention. At this time, there are no approved drugs to treat vEDS in the U.S.

Celiprolol is a selective β1-adrenergic and α2- receptor antagonist and a β2-adrenergic agonist. This drug is not currently approved for any indication in the US. However it is marketed in the EU by Sanofi for treatment of hypertension and angina. Acer Therapeutics is planning to submit an NDA via the 505(b)(2) pathway for celiprolol to treat vEDS relying partly on clinical and non-clinical data from the literature. To satisfy the NDA requirements for patient safety and efficacy the sponsor desires to rely on a previously conducted multi-center, randomized, open, blinded-endpoints study reported in the literature (NCT00190411) that showed that celiprolol significantly reduced the number of arterial events compared to those that received no treatment. On 5 January 2015, the FDA granted celiprolol orphan-drug designation for the treatment of Ehlers-Danlos syndrome (all subtypes).

The purpose of this meeting is to confirm the appropriate regulatory pathway for the proposed indication for celiprolol and discuss if the drug could possibly qualify for breakthrough therapy designation status as requested by Acer Therapeutics.

FDA sent Preliminary Comments to Acer Therapeutics on 24 September 2015.

## 2.0    DISCUSSION

### 2.1    Questions for the Agency

1.  Does the agency agree that the 505(b)(2) regulatory pathway is appropriate for submission of the celiprolol NDA?

    ***FDA Preliminary Response***
    Yes.

    ***Discussion during the Meeting***
    No further discussion at the meeting.

2.  Breakthrough Therapy Designation Status
    a.  Does the Agency agree that celiprolol used to treat vEDS qualifies for breakthrough therapy designation?

    ***FDA Preliminary Response***
    We cannot provide a response to this question at this time. You are welcome to submit a formal request for Breakthrough Therapy Designation (BTDR) for this drug and indication, or you may request preliminary BTDR advice. A formal request may be submitted with an original IND or any time after submission of the original IND, but not to a pre-IND file. A request for a preliminary BTDR determination may be submitted to a pre-IND file to facilitate timing of submission of a formal request, provided adequate clinical data are available for the division to perform a preliminary overview and to provide informed preliminary guidance. If you are

Reference ID: 3832454

CONFIDENTIAL

ACER_0002205

PIND 127365
Page 3

interested in pursuing a preliminary BTDR determination, please let us know and we can provide information on this process.

For information on and an explanation of the benefits of breakthrough therapy designation, please refer to the May 2014 guidance, *Expedited Programs for Serious Conditions – Drugs and Biologics*, which can be found at: http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm358301.pdf.

### *Discussion during the Meeting*
The sponsor stated that they do not plan to submit an IND and acknowledged that requesting Breakthrough Therapy Designation status may not be useful in the NDA setting. They inquired about the Division's view. Dr. Grant stated that in his view submission of a BTDR with an NDA is not helpful because the sponsor does not plan to conduct any more clinical studies, i.e., clinical development has been completed. The purpose of a BTD is to assist a sponsor in conducting an efficient drug development program. He continued that if submitted, the NDA is likely to be designated a priority review because there is an unmet clinical need for patients with vEDS and the sponsor has evidence that celiprolol reduces serious outcomes in vEDS.

The sponsor stated they plan to request a pre-NDA meeting with the Division and at that time will discuss in more detail what and how they plan to submit the data.

b.  Does the Agency agree with the planned timing of the breakthrough designation submission?

### *FDA Preliminary Response*
Please see response to 2a above.

### *Discussion during the Meeting*
Refer to discussion under Question 2a.


3.  Does the Agency agree that the planned development program does not trigger PREA, and that the Sponsor is not required to submit an initial Pediatric Study Plan?

### *FDA Preliminary Response*
Yes, the agency agrees per the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c).

### *Discussion during the Meeting*
No further discussion at the meeting.


4.  Does the Agency agree that the inclusion of patients as young as 15 years of age in the efficacy and safety study to support celiprolol for treatment of vEDS will support a label that does not restrict the use of celiprolol in adolescents with vEDS?

### *FDA Preliminary Response*
Probably. Complications from vEDS are rare in childhood (Pepin, 2000, NEJM, 342:673-680). We will need to consider how many children were studied and their outcomes.

### *Discussion during the Meeting*
No further discussion at the meeting.


Reference ID: 3832454

CONFIDENTIAL

ACER_0002206

PIND 127365
Page 4

5.  Does the Agency agree that no additional clinical pharmacology or biopharmaceutics studies will be required?

    ***FDA Preliminary Response***
    We cannot answer this question at this time. Since your submission will rely on numerous studies from the published literature to support PK/safety/efficacy, you need to provide sufficient/adequate information supporting the bridging between the drug product used in the key cited supportive publications and your proposed drug product. We suggest that you provide a summary table with columns describing the following:

    a.  Cited study critical to demonstrating the PK, safety and efficacy of your proposed drug product

    b.  Precise qualitative and quantitative composition, method of manufacturing and equipment, and manufacturing site of the administered drug product in the cited study

    c.  Administered dose in the cited study, the analytical methods used and their validity

    d.  Bridging justification: Where the administered drug product in your cited study differs from your proposed drug product, provide a justification why you can extrapolate its results to the expected clinical response from the administration of your proposed drug product

    e.  In vitro dissolution profile comparison and the results from an appropriate statistical test ████

    Please be aware that if FDA determines that the provided information is not supportive, a bioequivalence study bridging the drug products used in the key cited literature and your proposed drug product will be needed.

    ***Discussion during the Meeting***
    The sponsor confirmed that the drug referenced in the briefing package was Sanofi's celiprolol. The sponsor is discussing with Sanofi the possibility of obtaining right of reference to their data about celiprolol. Dr. Dorantes stated that the Agency still desires a reference table (see above response) that outlines the bridging of the Sanofi celiprolol to the formulations in key publications. ████████

6.  Does the Agency agree that the published literature provides sufficient efficacy support for celiprolol in the treatment of vEDS, and that no additional clinical studies will be needed for NDA approval?

    ***FDA Preliminary Response***
    The literature may support filing an NDA. We should note that approval based solely on the published report of a single study is rare. Generally for approval we require submission of all the data necessary to perform an independent analysis and the ability to inspect the sites at which the study was performed to verify the accuracy of the data. At a minimum, you should plan to submit tables of

Reference ID: 3832454

                                                                    ACER_0002207

PIND 127365
Page 5

primary (not summary) data from the study, all versions of the protocol and analytic plans, copies of all adjudication packages, and case report forms for all subjects who died or had a serious adverse event requiring discontinuation of investigational product.

### *Discussion during the Meeting*
The sponsor stated that they can obtain the necessary data from the Ong study. The Division noted the safety data available from the Ong study were likely limited. Although the Agency may be more flexible for requirements for safety data for rare diseases, it is likely useful for the sponsor to obtain and submit safety data for celiprolol from other indications (i.e. from the EU). The sponsor acknowledged that their intent is to obtain access to a pre-registry database for celiprolol.

Since the adjudication of adverse events was unclear and the number of reported adverse events (i.e. 3 adverse events over 5 years of follow-up) was uncharacteristically low, Dr. Senatore requested that the sponsor submit the full safety database to include the adjudication packages from the Clinical Events Committee with the NDA. The sponsor noted that adjudication of adverse events was done independent of the study team but the meeting minutes were available and would be submitted. The sponsor also explained that the rationale for citing only 3 adverse events within the publication was because the authors referred to only those events that affected dose titration (Dr. Boutouyrie is co-author on this publication).

In addition to the request for information to clarify the safety data gained from Ong and Sanofi, the Division reiterated the need to understand the organization of the trial and so recommended inclusion of all case report forms, all study analytic plans (dated original and any amendments), original dated protocol with dated amendments to protocol and rationale for changes, all minutes from Data and Safety Monitoring Board (DSMB) meetings and study steering committees (if applicable), as well as any charters for the DSMB. The submission should also include a detailed study timeline noting all major milestones (i.e. First patient in, last patient enrolled, last patient out, timing of amendments, etc). Dr. Grant stated that submission of a transparent NDA package would increase confidence in the data submitted.

7. Does the Agency agree that the estimates of efficacy and safety of celiprolol reported by Ong (using patients outside of the U.S.) may be used as the pivotal proof of efficacy of celiprolol in the U.S. and support the filing and approval of a U.S. NDA?

### *FDA Preliminary Response*
Under 21 CFR 312.120(c)(1), FDA will accept a foreign clinical study involving a drug not conducted under an IND so long as it meets certain conditions. Please refer to that regulation and our guidance "FDA Acceptance of Foreign Clinical Studies Not Conducted under an IND" for details. The data are deemed useful for review under 21 CFR 314.106(b)(1) so long as "the foreign data are applicable to the U.S. population and U.S. medical practice" and that condition appears to be met for the Ong study.

### *Discussion during the Meeting*
No further discussion at the meeting.

8. Does the Agency agree that the 4 outcomes [including (1) all-cause mortality; (2) symptomatic vascular dissection or rupture; (3) hollow organ (eg, uterus, intestine) rupture; and (4) spontaneous cerebral hematoma or spontaneous hematoma of muscle with blood suffusion] in aggregate is an appropriate primary endpoint to support the efficacy of celiprolol for treatment of vEDS?

Reference ID: 3832454

CONFIDENTIAL                                                                      ACER_0002208

PIND 127365
Page 6

### *FDA Preliminary Response*
Possibly. The indication will depend upon our review of the specific results of the Ong study.

### *Discussion during the Meeting*
No further discussion at the meeting.

9. Does the Agency agree that a thorough QT-prolongation study will not be required for the approval of the proposed product?

### *FDA Preliminary Response*
If a thorough QT prolongation study is required, it can be performed after approval of the NDA.

### *Discussion during the Meeting*
No further discussion at the meeting.



Reference ID: 3832454

PIND 127365
Page 7



## 2.1.    Additional Comments from the Agency

- During the meeting, Drs. Stockbridge and Grant inquired if the clinical study site could be inspected and the sponsor affirmed that the site was ready for FDA inspection.

- Dr. Senatore noted the importance of including information that showed that patients in the treatment *and control group* both met the same number and same level of diagnostic criteria (e.g., major and minor criteria) for vEDS.

## 3.0    OTHER IMPORTANT INFORMATION

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable. Because this drug product for this indication has an orphan drug designation, you are exempt from these requirements. If there are any changes to your development plans that would cause your application to trigger PREA, your exempt status would change.

### DATA STANDARDS FOR STUDIES

Under section 745A(a) of the FD&C Act, electronic submissions "shall be submitted in such electronic format as specified by [FDA]." FDA has determined that study data contained in electronic submissions

Reference ID: 3832454

ACER_0002210

PIND 127365
Page 8

(i.e., NDAs, BLAs, ANDAs and INDs) must be in a format that the Agency can process, review, and archive. Currently, the Agency can process, review, and archive electronic submissions of clinical and nonclinical study data that use the standards specified in the Data Standards Catalog (Catalog) (See http://www.fda.gov/forindustry/datastandards/studydatastandards/default.htm).

On December 17, 2014, FDA issued final guidance, *Providing Electronic Submissions in Electronic Format--- Standardized Study Data* (http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM292 334.pdf). This guidance describes the submission types, the standardized study data requirements, and when standardized study data will be required. Further, it describes the availability of implementation support in the form of a technical specifications document, Study Data Technical Conformance Guide (Conformance Guide) (See http://www.fda.gov/downloads/ForIndustry/DataStandards/StudyDataStandards/UCM384744.pdf), as well as email access to the eData Team (cder-edata@fda.hhs.gov) for specific questions related to study data standards. Standardized study data will be required in marketing application submissions for clinical and nonclinical studies that start on or after December 17, 2016. Standardized study data will be required in commercial IND application submissions for clinical and nonclinical studies that start on or after December 17, 2017. CDER has produced a *Study Data Standards Resources* web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format. This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers.

Although the submission of study data in conformance to the standards listed in the FDA Data Standards Catalog will not be required in studies that start before December 17, 2016, CDER strongly encourages IND sponsors to use the FDA supported data standards for the submission of IND applications and marketing applications. The implementation of data standards should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies. For clinical and nonclinical studies, IND sponsors should include a plan (e.g., in the IND) describing the submission of standardized study data to FDA. This study data standardization plan (see the Conformance Guide) will assist FDA in identifying potential data standardization issues early in the development program.

Additional information can be found at:
http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSub missions/ucm248635.htm

For general toxicology, supporting nonclinical toxicokinetic, and carcinogenicity studies, CDER encourages sponsors to use Standards for the Exchange of Nonclinical Data (SEND) and submit sample or test data sets before implementation becomes required. CDER will provide feedback to sponsors on the suitability of these test data sets. Information about submitting a test submission can be found here:
http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSub missions/ucm174459.htm

## LABORATORY TEST UNITS FOR CLINICAL TRIALS
CDER strongly encourages IND sponsors to identify the laboratory test units that will be reported in clinical trials that support applications for investigational new drugs and product registration. Although Système International (SI) units may be the standard reporting mechanism globally, dual reporting of a reasonable subset of laboratory tests in U.S. conventional units and SI units might be necessary to minimize conversion needs during review. Identification of units to be used for laboratory tests in clinical trials and solicitation of input from the review divisions should occur as early as possible in the

Reference ID: 3832454

CONFIDENTIAL

ACER_0002211

PIND 127365
Page 9

development process. For more information, please see the FDA website entitled, Study Data Standards Resources and the CDER/CBER Position on Use of SI Units for Lab Tests website found at http://www.fda.gov/ForIndustry/DataStandards/StudyDataStandards/ucm372553.htm

### 505(b)(2) REGULATORY PATHWAY

The Division recommends that sponsors considering the submission of an application through the 505(b)(2) pathway consult the Agency's regulations at 21 CFR 314.54, and the draft guidance for industry *Applications Covered by Section 505(b)(2)* (October 1999), available at http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/default.htm. In addition, FDA has explained the background and applicability of section 505(b)(2) in its October 14, 2003, response to a number of citizen petitions that had challenged the Agency's interpretation of this statutory provision (see Docket FDA-2003-P-0274-0015, available at http://www.regulations.gov).

If you intend to submit a 505(b)(2) application that relies for approval, in part, on FDA's finding of safety and/or effectiveness for one or more listed drugs, you must establish that such reliance is scientifically appropriate, and must submit data necessary to support any aspects of the proposed drug product that represent modifications to the listed drug(s). You should establish a "bridge" (e.g., via comparative bioavailability data) between your proposed drug product and each listed drug upon which you propose to rely to demonstrate that such reliance is scientifically justified.

If you intend to rely, in part, on literature or other studies for which you have no right of reference but that are necessary for approval, you also must establish that reliance on the studies described in the literature or on the other studies is scientifically appropriate. You should include a copy of such published literature in the 505(b)(2) application and identify any listed drug(s) described in the published literature (e.g., trade name(s)).

If you intend to rely, in part, on the Agency's finding of safety and/or effectiveness for a listed drug(s) or published literature describing a listed drug(s) (which is considered to be reliance on FDA's finding of safety and/or effectiveness for the listed drug(s)), you should identify the listed drug(s) in accordance with the Agency's regulations at 21 CFR 314.54. It should be noted that 21 CFR 314.54 requires identification of the "listed drug for which FDA has made a finding of safety and effectiveness," and thus an applicant may only rely upon a listed drug that was approved in an NDA under section 505(c) of the FD&C Act. The regulatory requirements for a 505(b)(2) application (including, but not limited to, an appropriate patent certification or statement) apply to each listed drug upon which a sponsor relies.

If you propose to rely on FDA's finding of safety and/or effectiveness for a listed drug that has been discontinued from marketing, the acceptability of this approach will be contingent on FDA's consideration of whether the drug was discontinued for reasons of safety or effectiveness.

We encourage you to identify each section of your proposed 505(b)(2) application that relies on FDA's finding of safety and/or effectiveness for a listed drug(s) or on published literature. In your 505(b)(2) application, we encourage you to clearly identify (for each section of the application, including the labeling): (1) the information for the proposed drug product that is provided by reliance on FDA's finding of safety and/or effectiveness for the listed drug or by reliance on published literature; (2) the "bridge" that supports the scientific appropriateness of such reliance; and (3) the specific name (e.g., proprietary name) of each listed drug named in any published literature on which your marketing application relies for approval. If you are proposing to rely on published literature, include copies of the article(s) in your submission.

In addition to identifying in your annotated labeling the source(s) of information essential to the approval of your proposed drug that is provided by reliance on FDA's previous finding of safety and efficacy for a

Reference ID: 3832454

CONFIDENTIAL

PIND 127365
Page 10

listed drug or by reliance on published literature, we encourage you to also include that information in the cover letter for your marketing application in a table similar to the one below.

| List the information essential to the approval of the proposed drug that is provided by reliance on the FDA's previous finding of safety and efficacy for a listed drug or by reliance on published literature | |
| --- | --- |
| **Source of information** (e.g., published literature, name of listed drug) | **Information Provided** (e.g., specific sections of the 505(b)(2) application or labeling) |
| 1.  Example: Published literature | Nonclinical toxicology |
| 2.  Example: NDA XXXXXX "TRADENAME" | Previous finding of effectiveness for indication X |
| 3.  Example: NDA YYYYYY "TRADENAME" | Previous finding of safety for Carcinogenicity, labeling section XXX |
| 4. | |

Please be advised that circumstances could change that would render a 505(b)(2) application for this product no longer appropriate.  For example, if a pharmaceutically equivalent product were approved before your application is submitted, such that your proposed product would be a "duplicate" of a listed drug and eligible for approval under section 505(j) of the FD&C Act, then it is FDA's policy to refuse to file your application as a 505(b)(2) application (21 CFR 314.101(d)(9)).  In such a case, the appropriate submission would be an Abbreviated New Drug Application (ANDA) that cites the duplicate product as the reference listed drug.

Reference ID: 3832454

CONFIDENTIAL

ACER_0002213

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

NORMAN L STOCKBRIDGE
10/13/2015

Reference ID: 3832454

CONFIDENTIAL

ACER 0002214