Proposed Third Amended
Complaint

# Exhibit 2

[REDACTED]

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

PIND 127365

**MEETING MINUTES**

Acer Therapeutics Inc.
Attention: K. Gary Barnette, PhD
Senior VP of Scientific and Regulatory Affairs, Camargo Pharmaceutical Services, LLC
2505 Meridian Parkway, Suite 175
Durham, NC 27713-5248

Dear Dr. Barnette:

Please refer to your Pre-Investigational New Drug Application (PIND) file for celiprolol.

We also refer to the meeting/telecon between representatives of your firm and the FDA on May 18, 2017.  The purpose of the meeting was to discuss details related to your planned NDA submission and initiation of an Expanded Access Program for ACER-002 (celiprolol) for the treatment of vascular Ehlers- Danlos Syndrome in patients with a confirmed type III collagen mutation.

A copy of the official minutes of the meeting/telecon is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, please call Maryam Changi, Regulatory Project Manager at (240) 402-2725.

Sincerely,

*{See appended electronic signature page}*

Norman Stockbridge, MD, PhD
Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation 1
Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

Reference ID: 4111866

CONFIDENTIAL                                                                    ACER_0002333



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

| | |
|---|---|
| **Meeting Type:** | Type C |
| **Meeting Category:** | Guidance |
| | |
| **Meeting Date and Time:** | May 18, 2017, 11:00 AM to 12:30 PM, EST. |
| **Meeting Location:** | 10903 New Hampshire Avenue |
| | White Oak Building 22, Conference Room: 1421 |
| | Silver Spring, Maryland 20903 |

| | |
|---|---|
| **Application Number:** | 127365 |
| **Product Name:** | ACER-002 (celiprolol) |
| **Indication:** | For the treatment of vascular Ehlers-Danlos Syndrome in patients with a confirmed COL3A I mutation. |
| **Sponsor Name:** | Acer Therapeutic |

| | |
|---|---|
| **Meeting Chair:** | Norman Stockbridge, MD, PhD |
| **Meeting Recorder:** | Sabry Soukehal |

**FDA ATTENDEES**
*Division of Cardiovascular and Renal Products:*
Norman Stockbridge, MD, PhD, Director
Stephen Grant, MD, Deputy Director
Martin Rose, MD, Clinical Team Leader
Fortunato Senatore, MD, PhD, Clinical Reviewer
Albert Defelice, PhD, Pharmacology-toxicology Team Leader
Muriel Saulnier, PhD, Pharmacology-toxicology Reviewer
Michael Monteleone, MS, Assistant Director of Labeling
Sabry Soukehal, Regulatory Project Manager

*Office of Clinical Pharmacology, Division of Clinical Pharmacology I:*
Sudharshan Hariharan, PhD, Clinical Pharmacology Team Leader

*Office of Clinical Pharmacology, Genomics and Targeted Therapy Group:*
Katarzyna Drozda, PharmD, MS, Clinical Pharmacologist

*Office of Biostatistics, Division of Biometrics I:*
Andrew Potter, PhD, Statistician

Reference ID: 4111866

CONFIDENTIAL                                          ACER_0002334

PIND 127365
Page 2

*Office of Pharmaceutical Quality, Office of New Drug Products:*
Wendy Wilson-Lee, PhD, Branch Chief
Joan Zhao, PhD, Biopharmaceutical Reviewer
Ta-Chen Wu, PhD, Biopharmaceutical Team Leader

**SPONSOR ATTENDEES**
Ben Dewees, Vice President Regulatory and Manufacturing, Acer Therapeutics, Inc.
Chris Schelling, Chief Executive Officer, Acer Therapeutics, Inc.
Robert Steiner, MD, Chief Medical Officer, Acer Therapeutics, Inc.
Philip Sager, MD, FACC, Cardiology Consultant, Stanford University
Pamela M. Williamson, RAC, FRAPS, Principal & Founder, Williamson BioPharma Consulting LLC.
K. Gary Barnette, PhD, Senior VP Scientific and Regulatory Affairs, Camargo Pharmaceutical Services
Lynn Gold, PhD, VP Scientific and Regulatory Affairs, Camargo Pharmaceutical Services
Johannah Sanchez-Adams, PhD, Research Scientist, Camargo Pharmaceutical Services
Scott Cain, PhD, Director of Scientific and Regulatory Affairs, Camargo Pharmaceutical Services
Willie Salminen, PhD, Director of Scientific and Regulatory Affairs, Camargo Pharmaceutical Services
Catherine Gatza, PhD Scientific and Regulatory Manager, Camargo Pharmaceutical Services

## 1.0    BACKGROUND

According to the European Summary of Product Characteristics, celiprolol is "a vasoactive, beta-1 selective adrenoceptor antagonist with partial beta-2 agonist activity. The beta-2 agonist activity is thought to account for its mild vasodilating properties. It lowers blood pressure in hypertensive patients at rest and on exercise. The effects on heart rate and cardiac output are dependent on the pre-existing background level of sympathetic tone." It was originally approved in Austria in 1984 for the treatment of hypertension and for the prevention and treatment of angina and continues to be marketed in the EU. It is not currently approved for marketing in the USA but an NDA (# 19720) was submitted by Rorer in June 1987.

Acer Therapeutics ('Acer') has previously met with FDA to discuss submitting a 505(b)(2) NDA for approval to treat Vascular Ehlers-Danlos Syndrome (vEDS), a rare, genetic, connective tissue disease characterized by arterial, intestinal, and uterine ruptures as well as complications that may arise during surgical or radiological intervention. At this time, there are no approved drugs to treat vEDS in the USA. Acer is planning to rely on a previously conducted multicenter, randomized, open, blinded-endpoints study reported in the literature (NCT00190411) that showed that celiprolol significantly reduced the number of arterial events compared to those that received no treatment to satisfy the NDA requirement for demonstration of efficacy.

Acer requested this type C meeting to discuss the adequacy of the CMC and nonclinical program to support their NDA submission and to discuss submitting a treatment IND for treatment of vEDS in patients with confirmed type 3 collagen mutation. The sponsor also intends to address the Agency's comments and recommendations made during the pre-IND meeting held 24 September 2015.

Reference ID: 4111866

                                                                   ACER_0002335

PIND 127365
Page 3

FDA sent Preliminary Comments to Acer Therapeutic on May 10, 2017.

## 2.  DISCUSSION

### 2.1.  Clinical

***Question 1:*** *Since the clinical development program has been completed, and adequate evidence of safety and preliminary evidence of efficacy exist, Acer Plan to initiate an ACER-002 Expanded Program prior to approval. Does the Agency agree that it is acceptable to initiate an Expanded Program under a treatment IND to meet the current patient demand for this life-threatening indication?*

***FDA Response to Question 1:***
Yes, we agree. The protocol should be submitted as the IND-opening clinical study.

***Discussion:***
This question was not discussed during the meeting.

***Question 2:*** *Does the Agency agree with the proposed content of the treatment IND to support the ACER-002 Expanded Access Program?*

***FDA Response to Question 2:***
Yes, we agree with your proposed content (i.e., study protocol, IB, consent form, clinical and non-clinical safety.) We recommend you provide treatment IND-appropriate CMC information adequate to ensure proper identification, quality, purity, and strength of the investigational drug (§312.305 Requirements for all Expanded Access Uses).

***Discussion:***
This question was not discussed during the meeting.

### 2.2.  Non-Clinical

***Question 3:*** *Does the Division agree that the information from the Sanofi preclinical program fulfill the nonclinical requirements for NDA acceptance for review for ACER-002 for the proposed indication and that no additional nonclinical studies are needed?*

***FDA Response to Question 3:***
The NDA should contain detailed reporting of all pre-clinical studies performed by the original sponsor. Any impurities, degradants, elements, and residual solvents unique to the current synthesis and formulation should be reported and may need to be qualified per ICH guidances Q3 A, B, C, and D, ICH M7 and M7(R1), and applicable ANDA guidances, mutagenic structures being of greatest concern. We understand you have obtained right of reference to NDA 19720, which may contain some or all of this information.

Reference ID: 4111866

CONFIDENTIAL                                                                                    ACER_0002336

PIND 127365
Page 4

An updated pharmacology and toxicology literature review covering the last 30 years should be provided consisting of summaries and interpretation of the articles as they relate to your application. Please include a complete copy of each article.

***Discussion***:
ACER clarified that they do not hold a right-of-reference to NDA 19720 but have access to Sanofi's 1986 MHRA application. They indicated that they will submit all of that application's data to the IND.

### 2.3.    Chemistry, Manufacturing and Controls



Reference ID: 4111866

ACER_0002337

PIND 127365
Page 5



CONFIDENTIAL

Reference ID: 4111866

ACER_0002338

PIND 127365
Page 6



***FDA additional meeting discussion:***
In an effort to facilitate the NDA review, the Division provided the following additional comments for consideration by ACER:

- In the NDA ACER should provide information about all manufacturing facilities as they may need to be inspected.

- ACER should address the following concerns we identified in the publication that reports the results of the celiprolol study in vEDS patients:
  1) Randomization imbalance: It appears to us that there was an imbalance at baseline between the celiprolol subjects and the placebo subjects in the frequency of major

CONFIDENTIAL                                                                                                ACER_0002339

PIND 127365
Page 7

diagnostic criteria, which reflect the risk for arterial rupture that favored celiprolol over placebo. If true, the results of the study were potentially biased in favor of celiprolol. In your NDA submission you should address this imbalance and its implications for the interpretation of the study results. For example, you might consider performing an analysis of the primary outcome that adjusts for this imbalance.

Additionally, the Division would like you to submit in your NDA submission any available information regarding the method of randomization in the study, which we understand involved paper envelopes containing randomization information for each patient. If the original envelopes are available, you should submit several samples.

2) Interim analyses: Multiple interim analyses were conducted throughout the course of the trial. We are concerned that alpha was not properly adjusted to account for these multiple analyses.

Also, in your NDA please submit all materials relating to the interim analyses and the final study analysis, such as: the study statistical analysis plan (including all versions and amendments), communications from the independent statistician to the study team, all interim analysis results, and any data and code needed to recreate the interim analyses.

3) Adjudication: We believe we identified an event, intestinal rupture that was a secondary endpoint being adjudicated as a primary endpoint. You should evaluate this apparent error and determine if there were any other errors in adjudication. You should then address the implications, if any, for the study results. Also, please submit in your NDA all adjudication packages from the study.

- The Division advised ACER to request two additional meetings: 1) one to discuss the results of the published study and to address the three issues disclosed immediately above and 2) a pre-NDA meeting to discuss how the data will be presented in the NDA.

- Please include in your application the full safety dataset from the vEDS study in your application. Also, we note that the EDS population has unique features and safety risks that are not shared by most of the patients who received celiprolol in the studies that supported its approval in Europe. You should explain why safety information from the approval studies supports the safety of celiprolol in the EDS population.


## 3.0    OTHER IMPORTANT MEETING LANGUAGE:

### PREA REQUIREMENTS
Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.
Because none of the criteria apply at this time to your application, you are exempt from these requirements/ Because this drug product for this indication has an orphan drug designation, you are exempt from these requirements. Please include a statement that confirms this finding, along with a reference to this communication, as part of the pediatric section (1.9 for eCTD

Reference ID: 4111866

CONFIDENTIAL                                                                           ACER_0002340

PIND 127365
Page 8

submissions) of your application.  If there are any changes to your development plans that would cause your application to trigger PREA, your exempt status would change.

**DATA STANDARDS FOR STUDIES**

Under section 745A(a) of the FD&C Act, electronic submissions "shall be submitted in such electronic format as specified by [FDA]." FDA has determined that study data contained in electronic submissions (i.e., NDAs, BLAs, ANDAs and INDs) must be in a format that the Agency can process, review, and archive.  Currently, the Agency can process, review, and archive electronic submissions of clinical and nonclinical study data that use the standards specified in the Data Standards Catalog (Catalog) (See http://www.fda.gov/forindustry/datastandards/studydatastandards/default.htm).

On December 17, 2014, FDA issued final guidance, *Providing Electronic Submissions in Electronic Format--- Standardized Study Data* (http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM292334.pdf).  This guidance describes the submission types, the standardized study data requirements, and when standardized study data will be required.  Further, it describes the availability of implementation support in the form of a technical specifications document,  Study Data Technical Conformance Guide (Conformance Guide) (See http://www.fda.gov/downloads/ForIndustry/DataStandards/StudyDataStandards/UCM384744.pdf), as well as email access to the eData Team (cder-edata@fda.hhs.gov) for specific questions related to study data standards.  Standardized study data will be required in marketing application submissions for clinical and nonclinical studies that start on or after December 17, 2016.  Standardized study data will be required in commercial IND application submissions for clinical and nonclinical studies that start on or after December 17, 2017.  CDER has produced a *Study Data Standards Resources* web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format. This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers.

Although the submission of study data in conformance to the standards listed in the FDA Data Standards Catalog will not be required in studies that start before December 17, 2016, CDER strongly encourages IND sponsors to use the FDA supported data standards for the submission of IND applications and marketing applications.  The implementation of data standards should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies.  For clinical and nonclinical studies, IND sponsors should include a plan (e.g., in the IND) describing the submission of standardized study data to FDA.  This study data standardization plan (see the Conformance Guide) will assist FDA in identifying potential data standardization issues early in the development program.

Additional information can be found at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm248635.htm.

For general toxicology, supporting nonclinical toxicokinetic, and carcinogenicity studies,

Reference ID: 4111866

CONFIDENTIAL                                                                                                      ACER_0002341

PIND 127365
Page 9

CDER encourages sponsors to use Standards for the Exchange of Nonclinical Data (SEND) and submit sample or test data sets before implementation becomes required. CDER will provide feedback to sponsors on the suitability of these test data sets. Information about submitting a test submission can be found here: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/Electronicsubmissions/ucm174459.htm

**LABORATORY TEST UNITS FOR CLINICAL TRIALS**
CDER strongly encourages IND sponsors to identify the laboratory test units that will be reported in clinical trials that support applications for investigational new drugs and product registration. Although Système International (SI) units may be the standard reporting mechanism globally, dual reporting of a reasonable subset of laboratory tests in U.S. conventional units and SI units might be necessary to minimize conversion needs during review. Identification of units to be used for laboratory tests in clinical trials and solicitation of input from the review divisions should occur as early as possible in the development process. For more information, please see the FDA website entitled, Study Data Standards Resources and the CDER/CBER Position on Use of SI Units for Lab Tests website found at http://www.fda.gov/ForIndustry/DataStandards/StudyDataStandards/ucm372553.htm.

**COMPOUNDED DRUG PRODUCT REQUIREMENTS**
As described at 21 CFR 210.2(c), a drug product, including a compounded product, intended for use in a clinical study must be prepared in accordance with the current good manufacturing practice requirements appropriate for the product. For questions or clarification, contact Compounding@fda.hhs.gov.

**SUBMISSION FORMAT REQUIREMENTS**
The Electronic Common Technical Document (eCTD) is CDER and CBER's standard format for electronic regulatory submissions. As of **May 5, 2017,** the following submission types: **NDA, ANDA,** and **BLA** must be submitted in eCTD format. **Commercial IND** and **Master File** submissions must be submitted in eCTD format beginning **May 5, 2018**. Submissions that do not adhere to the requirements stated in the eCTD Guidance will be subject to rejection. For more information please visit: http://www.fda.gov/ectd.

**SECURE EMAIL COMMUNICATIONS**
Secure email is required for all email communications from FDA when confidential information (e.g., trade secrets, manufacturing, or patient information) is included in the message. To receive email communications from FDA that include confidential information (e.g., information requests, labeling revisions, courtesy copies of letters), you must establish secure email. To establish secure email with FDA, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

**505(b)(2) REGULATORY PATHWAY**
The Division recommends that sponsors considering the submission of an application through the 505(b)(2) pathway consult the Agency's regulations at 21 CFR 314.54, and the draft guidance for industry, *Applications Covered by Section 505(b)(2)* (October 1999), available at

Reference ID: 4111866

CONFIDENTIAL                                                                                      ACER_0002342

PIND 127365
Page 10

http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/default.htm.
In addition, FDA has explained the background and applicability of section 505(b)(2) in its
October 14, 2003, response to a number of citizen petitions that had challenged the Agency's
interpretation of this statutory provision (see Docket FDA-2003-P-0274-0015, available at
http://www.regulations.gov).

If you intend to submit a 505(b)(2) application that relies for approval on FDA's finding of
safety and/or effectiveness for one or more listed drugs, you must establish that such reliance is
scientifically appropriate, and must submit data necessary to support any aspects of the proposed
drug product that represent modifications to the listed drug(s). You should establish a "bridge"
(e.g., via comparative bioavailability data) between your proposed drug product and each listed
drug upon which you propose to rely to demonstrate that such reliance is scientifically justified.

If you intend to rely on literature or other studies for which you have no right of reference but
that are necessary for approval, you also must establish that reliance on the studies described in
the literature or on the other studies is scientifically appropriate. You should include a copy of
such published literature in the 505(b)(2) application and identify any listed drug(s) described in
the published literature (e.g. by trade name(s)).

If you intend to rely on the Agency's finding of safety and/or effectiveness for a listed drug(s) or
published literature describing a listed drug(s) (which is considered to be reliance on FDA's
finding of safety and/or effectiveness for the listed drug(s)), you should identify the listed drug(s)
in accordance with the Agency's regulations at 21 CFR 314.54. It should be noted that 21 CFR
314.54 requires identification of the "listed drug for which FDA has made a finding of safety and
effectiveness," and thus an applicant may only rely upon a listed drug that was approved in an
NDA under section 505(c) of the FD&C Act. The regulatory requirements for a 505(b)(2)
application (including, but not limited to, an appropriate patent certification or statement) apply
to each listed drug upon which a sponsor relies.

If FDA has approved one or more pharmaceutically equivalent products in one or more NDA(s)
before the date of submission of the original 505(b)(2) application, you must identify one such
pharmaceutically equivalent product as a listed drug (or an additional listed drug) relied upon
(see 21 CFR 314.50(i)(1)(i)(C), 314.54, and 314.125(b)(19); see also 21 CFR 314.101(d)(9)). If
you identify a listed drug solely to comply with this regulatory requirement, you must provide an
appropriate patent certification or statement for any patents that are listed in the Orange Book for
the pharmaceutically equivalent product, but you are not required to establish a "bridge" to
justify the scientific appropriateness of reliance on the pharmaceutically equivalent product if it
is scientifically unnecessary to support approval.

If you propose to rely on FDA's finding of safety and/or effectiveness for a listed drug that has
been discontinued from marketing, the acceptability of this approach will be contingent on
FDA's consideration of whether the drug was discontinued for reasons of safety or effectiveness.

We encourage you to identify each section of your proposed 505(b)(2) application that is
supported by reliance on FDA's finding of safety and/or effectiveness for a listed drug(s) or on
published literature (see table below). In your 505(b)(2) application, we encourage you to

Reference ID: 4111866

CONFIDENTIAL                                                                        ACER_0002343

PIND 127365
Page 11

clearly identify (for each section of the application, including the labeling): (1) the information for the proposed drug product that is provided by reliance on FDA's finding of safety and/or effectiveness for the listed drug or by reliance on published literature; (2) the "bridge" that supports the scientific appropriateness of such reliance; and (3) the specific name (e.g., proprietary name) of each listed drug named in any published literature on which your marketing application relies for approval. If you are proposing to rely on published literature, include copies of the article(s) in your submission.

In addition to identifying the source of supporting information in your annotated labeling, we encourage you to include in your marketing application a summary of the information that supports the application in a table similar to the one below.

| List the information essential to the approval of the proposed drug that is provided by reliance on the FDA's previous finding of safety and effectiveness for a listed drug or by reliance on published literature | |
| --- | --- |
| **Source of information** (e.g., published literature, name of listed drug) | **Information Provided** (e.g., specific sections of the 505(b)(2) application or labeling) |
| *1. Example: Published literature* | *Nonclinical toxicology* |
| *2. Example: NDA XXXXXX "TRADENAME"* | *Previous finding of effectiveness for indication A* |
| *3. Example: NDA YYYYYY "TRADENAME"* | *Previous finding of safety for Carcinogenicity, labeling section B* |
| *4.* | |

Please be advised that circumstances could change that would render a 505(b)(2) application for this product no longer appropriate. For example, if a pharmaceutically equivalent product were approved before your application is submitted, such that your proposed product would be a "duplicate" of a listed drug and eligible for approval under section 505(j) of the FD&C Act, then it is FDA's policy to refuse to file your application as a 505(b)(2) application (21 CFR 314.101(d)(9)). In such a case, the appropriate submission would be an Abbreviated New Drug Application (ANDA) that cites the duplicate product as the reference listed drug.

Reference ID: 4111866

CONFIDENTIAL                                                                    ACER_0002344

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------

/s/

----------------------------------------------------

NORMAN L STOCKBRIDGE
06/15/2017

Reference ID: 4111866

CONFIDENTIAL

ACER_0002345