# Proposed Third Amended Complaint
# Exhibit 3
### [REDACTED]



May 3, 2018

Norman Stockbridge, MD, PhD, Director
Division of Cardiovascular and Renal Products
Center for Drug Evaluation and Research
Office of Drug Evaluation I
Food and Drug Administration
5901-B Ammendale Road
Beltsville, MD 20705-1266

Re:    **PIND 127365, Sequence 0005**
       **Sponsor Product Name:  ACER-002; EDSIVO™ (celiprolol)**
       **Type C Meeting Briefing Package**
       **Proposed Indication:  vascular Ehlers-Danlos Syndrome (vEDS)**

Dear Dr. Stockbridge,

Reference is made to pre-Investigational New Drug Application (pre-IND) 127365 for
ACER-002 (celiprolol) for treatment of vascular Ehlers-Danlos Syndrome (vEDS) with a
confirmed *COL3A1* mutation, FDA Meeting Minutes for a Type B pre-IND meeting
(Reference ID: 3832454) held on September 30, 2015, FDA Meeting Minutes for a Type
C Meeting (Reference ID: 4111866) held on May 18, 2017, and a Meeting Request
Granted Letter (Reference ID: 4247145) dated April 11, 2018 confirming a Type C
Meeting to be held on June 14, 2018 from 9-10:00 am EST.

Enclosed please find a Type C Meeting Briefing Package.  As requested, 20 additional
desk copies are also being provided directly to Dr. M. Changi.

We appreciate the granting of this meeting and look forward to a productive discussion.

The archival copy of this submission is provided electronically in Common Technical
Document (CTD) format.  The files contained in the submission have been confirmed to
be free of viruses using the current version of Microsoft Security Essentials.  The
information technology (IT) point of contact for this submission is Kelley Boyer, MS, of
SciLucent, LLC.  She can be reached by telephone at 703-435-0033 extension 238 or by
email at k.boyer@scilucent.com.

Acer Therapeutics Inc.  |  One Gateway Center  |  300 Washington Street, Suite 351  |  Newton, MA 02458
www.acertx.com



Should you have any questions or require further information, please feel free to contact me by telephone at 781-413-7325 or by FDA-secure email at pam@williamsonbiopharma.com.

Sincerely,

Pamela M. Williamson, RAC, FRAPS

Principal & Founder
Williamson BioPharma Consulting LLC
Cell:  781-413-7325
FAX:  508-533-5578
pam@williamsonbiopharma.com

On behalf of Acer Therapeutics Inc.

Acer Therapeutics Inc.  |  One Gateway Center  |  300 Washington Street, Suite 351  |  Newton, MA 02458
www.acertx.com

CONFIDENTIAL

ACER_0002394



# Pre-IND 127365
# Type C Meeting Package

## For

## Celiprolol Tablets

## Indicated for Treatment of
## vascular Ehlers-Danlos Syndrome Patients with
## Confirmed *COL3A1* Mutation

## Type C Meeting
## June 14, 2018
## 09:00-10:00 AM EST

## Acer Therapeutics Inc.
## One Gateway Center, Suite 351
## 300 Washington Street
## Newton, MA 02458

CONFIDENTIAL                                                          ACER_0002395

Celiprolol was also clinically and statistically significantly effective in the 33 patients with *COL3A1* mutations. The primary endpoint was reported in 2 of 13 *COL3A1* (+) patients (15%) on celiprolol compared with 11 of 20 *COL3A1* (+) patients (55%) in the control group, resulting in HR 0.24; 95% CI 0.08–0.71; $p = 0.041$. Combined primary and secondary endpoints were reported in 3 of 13 *COL3A1* (+) patients (23%) on celiprolol compared with 14 of 20 *COL3A1* (+) patients (70%) in the control group, resulting in HR 0.25; 95% CI 0.10–0.64; $p=0.017$. Further, celiprolol treatment was generally well tolerated; adverse events (AEs) reported in the publication included severe fatigue in one patient at the 100 mg dose and mild fatigue in 2 patients related to dose uptitration.

This clinical study demonstrated that celiprolol was effective in significantly decreasing the incidence of arterial events, such as rupture or dissection, in patients with vEDS compared to untreated patients, and was safe and well-tolerated in patients in this study.

*ACER-BBEST Study and Database*

Acer retrospectively collected, verified, and analyzed the data using a prospective blinded methodology; and plans to use these data in support of an NDA for celiprolol for the treatment of vEDS. This effort resulted in a collection of efficacy and safety data from source documents located at the study sites and was entered into a 21 Code of Federal Regulations (CFR) Part 11 compliant database for subsequent analysis. These efforts and the database are referred to as the ACER-BBEST study and database. The analyses of data from the ACER-BBEST database were compared with the results of the BBEST study publication (Ong et al. 2010) and the results were comparable.

**11.5     Brief History of Development**

On January 5, 2015, the Office of Orphan Products Development (OOPD) granted Orphan Drug Designation (#14-4567) for celiprolol for the treatment of EDS. The prevalence of EDS is estimated to be between 1:5,000 and 1:25,000 births (Brooke et al. 2010). The vEDS subtype is considered the rarest form, accounting for < 5% of all EDS patients (Bergqvist et al. 2013). Acer intends to submit an NDA for celiprolol in the treatment of patients with vEDS, which will be based on the Ong et al. 2010 publication, along with additional safety data collected by Acer, via the 505(b)(2) regulatory pathway.

During the Type B pre-IND meeting held with the Division of Cardiovascular and Renal Products (DCaRP) on September 30, 2015, the Division indicated that all data necessary to

CONFIDENTIAL                                                                                                      ACER_0002408

perform an independent analysis, and the ability to inspect the sites at which the study was performed to verify the accuracy of the data, should be provided.  Acer subsequently obtained worldwide rights to the data for the BBEST study from the BBEST study sponsor.



In addition, at the May 18, 2017 Type C Meeting, Acer sought the Agency's feedback on a possible Expanded Access Program.  The Sponsor decided against initiating that program to focus all company resources on efforts to support an NDA submission for celiprolol.

Acer requested the review of a proprietary name for celiprolol, and the Agency conditionally accepted the proprietary name EDSIVO on July 25, 2017.  Applicable updates for the proprietary name review for EDSIVO will be submitted with the NDA submission.  If approved, celiprolol would be the first pharmacologic treatment option for this very rare, serious, and life-threatening disorder.

**11.6      Substantive Changes in Product Development Plans**

Not applicable.

**11.7      Status of Product Development**

Acer has completed its retrospective analysis on the BBEST study and expects to use these data in support of a NDA submission to the Agency in 2018.

**12        Meeting Purpose**

Acer desires to submit an NDA for its proposed drug product EDSIVO$^{TM}$ (celiprolol) tablets.  The purpose of the Type C meeting is to discuss and gain agreement on the following:

1.  Review and discuss the results of BBEST published in The Lancet by Ong et al. (2010)
2.  Per the Agency's request during the May 18, 2017 Type C meeting, address three topics identified in The Lancet publication defined below:

- Randomization imbalance and method of randomization
- Interim analyses
- Adjudication
3. Review the key study results from the newly created ACER-BBEST database
4. Discuss any further questions that the Agency may have regarding the presented data and information

## 13      Proposed Agenda

| Meeting Agenda Topic | Estimated Duration (60 Minutes) |
|---|---|
| Introductions; Meeting Objectives | 5 minutes |
| Review results of the BBEST study published in the Lancet (Ong et al. 2010) | 5 minutes |
| Address three topics identified by the Division in the Ong et al. 2010 publication related to:<br><br>• Randomization imbalance and method of randomization<br>• Interim analyses<br>• Adjudication | 35 minutes |
| Review key study results and analyses of ACER-BBEST data (primary and secondary outcomes) | 5 minutes |
| Meeting Wrap-Up; Summary; Agreement on Next Steps | 10 minutes |

Per the Agency's recommendation during the May 18, 2017 Type C Meeting, a second (pre-NDA) meeting will be requested to discuss how the content and format of the data (clinical, nonclinical, and chemistry, manufacturing, and controls [CMC]) will be presented in the planned NDA. A meeting request for the second (pre-NDA) meeting is currently anticipated to be submitted in late April 2018.

## 14      Questions for Discussion

During the May 18, 2017 Type C Meeting, the Division advised Acer to request two additional meetings:

1. One to discuss the results of the published study and to address the three issues outlined in the meeting minutes (randomization imbalance, interim analysis, and adjudication; Reference ID: 4111866), and
2. A pre-NDA meeting to discuss how the data will be presented in the NDA.

CONFIDENTIAL

ACER_0002410