Proposed Third Amended
Complaint
# Exhibit 4
[REDACTED]

Acer Therapeutics

May 29, 2018

Norman Stockbridge, MD, PhD, Director
Division of Cardiovascular and Renal Products
Center for Drug Evaluation and Research
Office of Drug Evaluation I
Food and Drug Administration
5901-B Ammendale Road
Beltsville, MD 20705-1266

**Re:      PIND 127365, Sequence 0006**
**Sponsor Product Name:  ACER-002; EDSIVO™ (celiprolol)**
**Type B (pre-NDA) Meeting Briefing Package**
**Proposed Indication:  vascular Ehlers-Danlos Syndrome (vEDS)**

Dear Dr. Stockbridge,

Reference is made to pre-Investigational New Drug Application (pre-IND) 127365 for ACER-002 (celiprolol) for treatment of vascular Ehlers-Danlos Syndrome (vEDS) with a confirmed *COL3A1* mutation, FDA Meeting Minutes for a Type B pre-IND meeting (Reference ID: 3832454) held on September 30, 2015, FDA Meeting Minutes for a Type C Meeting (Reference ID: 4111866) held on May 18, 2017, and a Meeting Request Granted Letter (Reference ID: 4258730) dated May 7, 2018 confirming a Type B Meeting to be held on June 28, 2018 from 11 am-12:30 pm EDT.

Enclosed please find a Type B Meeting Briefing Package.  As requested, 3 additional desk copies are also being provided directly to Dr. M. Changi.

We appreciate the granting of this meeting and look forward to a productive discussion.

The archival copy of this submission is provided electronically in Common Technical Document (CTD) format.  The files contained in the submission have been confirmed to be free of viruses using the current version of Microsoft Security Essentials.  The information technology (IT) point of contact for this submission is Kelley Boyer, MS, of SciLucent, LLC.  She can be reached by telephone at 703-435-0033 extension 238 or by email at k.boyer@scilucent.com.

Acer Therapeutics Inc.  |  One Gateway Center  |  300 Washington Street, Suite 351  |  Newton, MA 02458
www.acertx.com

CONFIDENTIAL



Should you have any questions or require further information, please feel free to contact me by telephone at 781-413-7325 or by FDA-secure email at pam@williamsonbiopharma.com.

Sincerely,

Pamela M. Williamson, RAC, FRAPS

Principal & Founder
Williamson BioPharma Consulting LLC
Cell:  781-413-7325
FAX:  508-533-5578
pam@williamsonbiopharma.com                    On behalf of Acer Therapeutics Inc.

Acer Therapeutics Inc.  |  One Gateway Center  |  300 Washington Street, Suite 351  |  Newton, MA 02458
www.acertx.com

CONFIDENTIAL



# Pre-IND 127365
# Type B (pre-NDA) Meeting Package

## For

## Celiprolol Tablets

## Indicated for Treatment of
## vascular Ehlers-Danlos Syndrome Patients with
## Confirmed *COL3A1* Mutation

## Type B Meeting
## June 28, 2018
## 11:00 AM – 12:30 PM, EDT

## Acer Therapeutics Inc.
## One Gateway Center, Suite 351
## 300 Washington Street
## Newton, MA 02458

CONFIDENTIAL                                                  ACER_0002430

Major Milestones in the Acer Celiprolol Tablets Program

- 1970s to mid-1980s – nonclinical and clinical studies conducted to support the CELECTOL Tablets 1986 UK Product License Application/Approval
- 1984 – Initial approval of celiprolol hydrochloride (Austria)
- 1986 – CELECTOL Tablets 1986 UK Product License Application/Approval
- 1984 to present – celiprolol used throughout Europe for hypertension/angina, with multiple companies marketing generic versions in the EU and rest of world (ROW)
- 2004 – celiprolol European Pharmacopoeia (Ph. Eur.) monograph and is based on the CELECTOL Tablets 1986 UK Product License Application/Approval
- 2003 to 2009 – BBEST study, the pivotal efficacy and safety basis of Acer's planned 505(b)(2) NDA submission of Celiprolol Tablets to treat vEDS
- 2010 – Results of the BBEST study published in The Lancet by Ong et al.
- 2018 – Completion of Acer-conducted nonclinical pharmacokinetic (PK) studies (requested by FDA at the May 2017 Type C meeting) for submission in NDA
- 2018 – Acer's planned 505(b)(2) NDA submission of Celiprolol Tablets to treat vEDS and comparability studies to currently EU-marketed CELECTOL (celiprolol)

If approved, celiprolol would be the first pharmacologic treatment option for this rare, serious, and life-threatening disorder.

## 11.1      Brief History of Development

A Type B pre-IND meeting was held with DCaRP on September 30, 2015.  During this meeting, the Division indicated that all data necessary to perform an independent analysis, and the ability to inspect the sites at which the study was performed to verify the accuracy of the data, should be provided.  Acer subsequently obtained worldwide rights to the data for the BBEST study from the BBEST study sponsor; retrospectively collected, verified, and analyzed the data using a prospective blinded methodology; and plans to use these data in support of an NDA for celiprolol for the treatment of vEDS.  This effort resulted in collection of efficacy and safety data from source documents located at the study sites and these data were entered into a 21 CFR Part 11 compliant database for subsequent analysis.  These efforts and the database are referred to as the ACER-BBEST study and database.

CONFIDENTIAL                                                                       ACER_0002443



Acer requested the review of a proprietary name for celiprolol, and the Agency conditionally accepted the proprietary name EDSIVO™ on July 25, 2017.  Applicable updates for the proprietary name review for EDSIVO will be submitted with the NDA submission.

## 11.2 Substantive Changes in Product Development Plans

Not applicable.

## 11.3 Status of Product Development

## 11.3.1 Chemistry, Manufacturing, and Controls



## 11.3.2 Nonclinical

CONFIDENTIAL                                                          ACER_0002444