Proposed Third Amended Complaint

# Exhibit 6

[REDACTED]

Confidential

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

IND 127365

**MEETING MINUTES**

Acer Therapeutics Inc.
Attention: Pamela M. Williamson, RAC, FRAPS
Williamson BioPharma Consulting, LLC
P.O. Box 247, 1 Metcalf Lane
Medway, MA 02053

Dear Ms. Williamson:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for ACER-002 (celiprolol).

We also refer to the meeting between representatives of your firm and the FDA on June 28, 2018.  The purpose of the meeting was to discuss the content and format of the data (clinical, nonclinical, and chemistry, manufacturing and controls [CMC]) to be presented in the planned NDA.

A copy of the official minutes of the meeting is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, please call Maryam Changi, Regulatory Project Manager at (240) 402-2725.

Sincerely,

*{See appended electronic signature page}*

Norman Stockbridge, MD, PhD
Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

Reference ID: 4297147



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

**Meeting Type:**        B
**Meeting Category:**    Pre-NDA

**Meeting Date and Time:**   June 28, 2018, from 11:00 AM to 12:30 PM, EDT
**Meeting Location:**        10903 New Hampshire Avenue
                             White Oak Building 22, Conference Room: 1415
                             Silver Spring, Maryland 20903

**Application Number:**   127365
**Product Name:**         celiprolol

**Indication:**   For the treatment of vascular Ehlers-Danlos Syndrome (vEDS) in patients with a confirmed type III collagen (*COL3A1*) mutation
**Sponsor Name:**   Acer Therapeutics, Inc.

**Meeting Chair:**      Norman Stockbridge, MD, PhD
**Meeting Recorder:**   Maryam Changi, PharmD

**FDA ATTENDEES**
*Division of Cardiovascular and Renal Products:*
Norman Stockbridge, MD, PhD, Director
Martin Rose, MD, JD, Clinical Team Leader
Fortunato Senatore, MD, PhD, Clinical Reviewer
Nhi Beasley, PharmD, Clinical Reviewer
Jean Wu, PhD, Non-Clinical Team Leader (Acting)
Muriel Saulnier, DVM, PhD, DABT, Non-Clinical Reviewer
Maryam Changi, PharmD, Regulatory Project Manager

*Office of Clinical Pharmacology:*
Sudharshan Hariharan, PhD, Team Leader
Venkateswaran ChithambaramPillai, PhD, Reviewer

*Office of Biostatistics, Division of Biometrics I:*
Hsien Ming (Jim) Hung, PhD, Director

*Office of Pharmaceutical Quality, Division of Biopharmaceutics:*
Jing Li, PhD, Acting Biopharmaceutics Lead

Reference ID: 4297147

IND 127365
Page 2

**SPONSOR ATTENDEES**
William T. Andrews, MD, FACP, Chief Medical Officer
Chris Schelling, Chief Executive Officer and Founder
Pamela M. Williamson, RAC, FRAPS, Acting Head, Regulatory Affairs
John Klopp, MS, Vice President, Manufacturing
Rodney Sleith, MS, Principal Statistician
Denise Roy, PhD, Director, Non-Clinical Safety and Development
Dipali C. MacAllister, PharmD, Senior Consultant, Regulatory Affairs
Sara Price, MA, Associate, Non-Clinical Safety and Development

## 1.0    BACKGROUND

According to the European Summary of Product Characteristics, celiprolol is a beta-1 adrenoceptor antagonist and partial beta-2 agonist. It was originally approved in Austria in 1984 for the treatment of hypertension and for the prevention and treatment of angina and continues to be marketed in the EU. Celiprolol is not approved for marketing in the US.

Celiprolol was granted Orphan Drug Designation (#14-4567) on January 5, 2015 for the treatment of Elhers-Danlos Syndrom. Acer Therapeutics Inc. is proposing a 505(b)(2) regulatory pathway for the upcoming NDA.

Acer Therapeutic Inc. met with the Division on May 18, 2017 where the Division advised the Sponsor to request two separate meetings, one to discuss the result of the published study upon which approval would be based and a Pre-NDA meeting to discuss how the data will be presented in the NDA.

Acer Therapeutics Inc. requested this pre-NDA meeting to discuss the content and format of the data (clinical, nonclinical, and chemistry, manufacturing and controls [CMC]) to be presented in the NDA.

FDA sent Preliminary Comments to Acer Therapeutics, Inc. on June 21, 2018. The Sponsor used the appended slides to lead the discussion.

## 2.  DISCUSSION

### 2.1. Biopharmaceutics Question

Reference ID: 4297147

ACER_0002608

IND 127365
Page 3



## 2.2. Chemistry, Manufacturing and Control

Reference ID: 4297147

CONFIDENTIAL

ACER_0002609

IND 127365
Page 4



Reference ID: 4297147

CONFIDENTIAL

IND 127365
Page 5



Reference ID: 4297147

CONFIDENTIAL

ACER_0002611

IND 127365
Page 6



### 2.3. Clinical

**_Question 12:_** *Does the Agency agree with the literature search strategy?*

**_FDA Response to Question 12:_**
We understand that ACER has a right of reference to Sanofi's MHRA file for celiprolol, which is approved in the UK and elsewhere in Europe for the treatment of angina and hypertension, and that you will submit safety information from the MHRA file in your NDA. Provided that you also submit original information from the MHRA file to demonstrate that celiprolol is a beta adrenergic blocker and lowers blood pressure in humans, there will be no need to submit any clinical literature regarding use of celiprolol for angina or hypertension in your NDA for vEDS.

**_Discussion:_**

CONFIDENTIAL

IND 127365
Page 7

No further discussion.

***Question 13:*** *Does the Agency agree that the source-verified data from the BBEST study, which corroborates the results as reported in The Lancet (Ong et al. 2010), along with clinical studies from the CELECTOL Tablets 1986 UK Product License Application (Question 11) and other relevant published literature, are adequate to support the safety and efficacy of celiprolol for treatment of vEDS patients with a confirmed COL3A1 mutation?*

***FDA Response to Question 13:***
We can only decide on the adequacy of the data to support filing, efficacy and safety after our review.

> ***Discussion:***
> No further discussion.

***Question 14:*** *Does the Agency agree with this plan for the presentation of efficacy data in Section 2.7.3 and Section 5.3.5.3 as outlined by FDA guidance for this proposed 505(b)(2) application for Celiprolol Tablets for treatment of vEDS patients with a confirmed COL3A1 mutation?*

***FDA Response to Question 14:***
We agree to the presentation of efficacy data in module 2.7.3 and module 5.3.5.3. Please also see our requests found in Section 4.0 ADDITIONAL CLINICAL REQUESTS.

> ***Discussion:***
> No further discussion.

***Question 15:*** *Does the Agency agree with this plan for the presentation of safety data in Section 2.7.4 and Section 5.3.5.3 as outlined by FDA guidance for this proposed 505(b)(2) application for Celiprolol Tablets for treatment of vEDS patients with a confirmed COL3A1 mutation?*

***FDA Response to Question 15:***
We agree. Please also see our requests found in Section 4.0 ADDITIONAL CLINICAL REQUESTS.

> ***Discussion:***
> No further discussion.

**2.4. Non-Clinical:**



CONFIDENTIAL                                                                    ACER_0002613

IND 127365
Page 8

Reference ID: 4297147

ACER_0002614

IND 127365
Page 9



Reference ID: 4297147

CONFIDENTIAL

ACER_0002615

IND 127365
Page 10



**2.5. Regulatory**

**_Question 25:_** _Does the Agency agree that an NDA for Celiprolol Tablets for the treatment of vEDS is likely to be granted a priority review designation?_

**_FDA Response to Question 25:_**
The decision to classify an NDA for standard or priority review is made after the application is submitted.  However, it appears that if your application is filed, it is likely to receive priority review.

 **_Discussion:_**
 No further discussion.

Reference ID: 4297147

CONFIDENTIAL

IND 127365
Page 11

***Question 26:*** *Does the Agency agree with the proposed NDA Content Plan for the 505(b)(2) application?*

**FDA Response to Question 26:**
Please see our requests found in Section 4.0 ADDITIONAL CLINICAL REQUESTS and Response to Question 24 for additional nonclinical comments.

**Discussion:**
No further discussion.



***Question 28:*** *Does FDA agree that these plans for the electronic submission of clinical study data are sufficient for the proposed 505(b)(2) submission for Celiprolol Tablets for treatment of vEDS patients with a confirmed COL3A1 mutation?*

**FDA Response to Question 28:**
Yes.  Please also see our requests found in Section 4.0 ADDITIONAL CLINICAL REQUESTS.

**Discussion:**
No further discussion.

***Question 29:*** *Does the Agency agree that name and strength of the drug product will be expressed in terms of the active moiety (celiprolol) in accordance with the FD&C Act and June 2015 Guidance for Industry?*

**FDA Response to Question 29:**
Yes, we agree that the name and strength of the drug product should be expressed in terms of the active moiety in accordance with the Agency's salt policy guidance (Naming of Drug Products Containing Salt Drug Substances).

**Discussion:**
No further discussion.

Reference ID: 4297147

CONFIDENTIAL                                                                    ACER_0002617

IND 127365
Page 12



*Post Meeting Clinical comment:*
The clinical team has questions regarding the several interim analyses that are described in the Ong publication of the BBEST results. Please include detailed information on the plans for interim analyses of the BBEST data and early stopping of the study for efficacy or futility, if these are not included in the study statistical plan. Also, please include the dates that any plans regarding interim analyses were finalized, the dates that all such analyses were performed, the N of patients contributing data for each such analysis, and the results of each such analysis. Also, if any interim analyses were performed in a manner not consistent with the prospective analysis plan, please describe such inconsistencies and provide a rationale for each deviation from the plan.

### 3.0    OTHER IMPORTANT MEETING LANGUAGE:

**PREA REQUIREMENTS**
Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because this drug product for this indication has an orphan drug designation, you are exempt from these requirements. Please include a statement that confirms this finding, along with a

Reference ID: 4297147

CONFIDENTIAL

IND 127365
Page 13

reference to this communication, as part of the pediatric section (1.9 for eCTD submissions) of your application. If there are any changes to your development plans that would cause your application to trigger PREA, your exempt status would change.

**PRESCRIBING INFORMATION**

In your application, you must submit proposed prescribing information (PI) that conforms to the content and format regulations found at 21 CFR 201.56(a) and (d) and 201.57 including the Pregnancy and Lactation Labeling Rule (PLLR) (for applications submitted on or after June 30, 2015). As you develop your proposed PI, we encourage you to review the labeling review resources on the PLR Requirements for Prescribing Information and Pregnancy and Lactation Labeling Final Rule websites, which include:

- The Final Rule (Physician Labeling Rule) on the content and format of the PI for human drug and biological products.
- The Final Rule (Pregnancy and Lactation Labeling Rule) on the content and format of information related to pregnancy, lactation, and females and males of reproductive potential.
- Regulations and related guidance documents.
- A sample tool illustrating the format for Highlights and Contents, and
- The Selected Requirements for Prescribing Information (SRPI) − a checklist of important format items from labeling regulations and guidances.
- FDA's established pharmacologic class (EPC) text phrases for inclusion in the Highlights Indications and Usage heading.

Pursuant to the PLLR, you should include the following information with your application to support the changes in the Pregnancy, Lactation, and Females and Males of Reproductive Potential subsections of labeling. The application should include a review and summary of the available published literature regarding the drug's use in pregnant and lactating women and the effects of the drug on male and female fertility (include search parameters and a copy of each reference publication), a cumulative review and summary of relevant cases reported in your pharmacovigilance database (from the time of product development to present), a summary of drug utilization rates amongst females of reproductive potential (e.g., aged 15 to 44 years) calculated cumulatively since initial approval, and an interim report of an ongoing pregnancy registry or a final report on a closed pregnancy registry. If you believe the information is not applicable, provide justification. Otherwise, this information should be located in Module 1. Refer to the draft guidance for industry – *Pregnancy, Lactation, and Reproductive Potential: Labeling for Human Prescription Drug and Biological Products – Content and Format* (http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM425398.pdf).

Prior to submission of your proposed PI, use the SRPI checklist to ensure conformance with the format items in regulations and guidances.

Reference ID: 4297147

CONFIDENTIAL                                    ACER_0002619

IND 127365
Page 14

## MANUFACTURING FACILITIES

To facilitate our inspectional process, we request that you clearly identify *in a single location*, either on the Form FDA 356h, or an attachment to the form, all manufacturing facilities associated with your application. Include the full corporate name of the facility and address where the manufacturing function is performed, with the FEI number, and specific manufacturing responsibilities for each facility.

Also provide the name and title of an onsite contact person, including their phone number, fax number, and email address. Provide a brief description of the manufacturing operation conducted at each facility, including the type of testing and DMF number (if applicable). Each facility should be ready for GMP inspection at the time of submission.

Consider using a table similar to the one below as an attachment to Form FDA 356h. Indicate under Establishment Information on page 1 of Form FDA 356h that the information is provided in the attachment titled, "Product name, NDA/BLA 012345, Establishment Information for Form 356h."

## 505(b)(2) REGULATORY PATHWAY

The Division recommends that sponsors considering the submission of an application through the 505(b)(2) pathway consult the Agency's regulations at 21 CFR 314.54, and the draft guidance for industry, *Applications Covered by Section 505(b)(2)* (October 1999), available at http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/default.htm. In addition, FDA has explained the background and applicability of section 505(b)(2) in its October 14, 2003, response to a number of citizen petitions that had challenged the Agency's interpretation of this statutory provision (see Docket FDA-2003-P-0274-0015, available at http://www.regulations.gov).

If you intend to submit a 505(b)(2) application that relies for approval on FDA's finding of safety and/or effectiveness for one or more listed drugs, you must establish that such reliance is scientifically appropriate, and must submit data necessary to support any aspects of the proposed drug product that represent modifications to the listed drug(s). You should establish a "bridge" (e.g., via comparative bioavailability data) between your proposed drug product and each listed drug upon which you propose to rely to demonstrate that such reliance is scientifically justified. If you intend to rely on literature or other studies for which you have no right of reference but that are necessary for approval, you also must establish that reliance on the studies described in the literature or on the other studies is scientifically appropriate. You should include a copy of such published literature in the 505(b)(2) application and identify any listed drug(s) described in the published literature (e.g. by trade name(s)).

If you intend to rely on the Agency's finding of safety and/or effectiveness for a listed drug(s) or published literature describing a listed drug(s) (which is considered to be reliance on FDA's finding of safety and/or effectiveness for the listed drug(s)), you should identify the listed drug(s) in accordance with the Agency's regulations at 21 CFR 314.54. It should be noted that 21 CFR 314.54 requires identification of the "listed drug for which FDA has made a finding of safety and effectiveness," and thus an applicant may only rely upon a listed drug that was approved in an NDA under section 505(c) of the FD&C Act. The regulatory requirements for a 505(b)(2)

Reference ID: 4297147

CONFIDENTIAL

IND 127365
Page 15

application (including, but not limited to, an appropriate patent certification or statement) apply to each listed drug upon which a sponsor relies.

If FDA has approved one or more pharmaceutically equivalent products in one or more NDA(s) before the date of submission of the original 505(b)(2) application, you must identify one such pharmaceutically equivalent product as a listed drug (or an additional listed drug) relied upon (see 21 CFR 314.50(i)(1)(i)(C), 314.54, and 314.125(b)(19); see also 21 CFR 314.101(d)(9)). If you identify a listed drug solely to comply with this regulatory requirement, you must provide an appropriate patent certification or statement for any patents that are listed in the Orange Book for the pharmaceutically equivalent product, but you are not required to establish a "bridge" to justify the scientific appropriateness of reliance on the pharmaceutically equivalent product if it is scientifically unnecessary to support approval.

If you propose to rely on FDA's finding of safety and/or effectiveness for a listed drug that has been discontinued from marketing, the acceptability of this approach will be contingent on FDA's consideration of whether the drug was discontinued for reasons of safety or effectiveness. We encourage you to identify each section of your proposed 505(b)(2) application that is supported by reliance on FDA's finding of safety and/or effectiveness for a listed drug(s) or on published literature (see table below). In your 505(b)(2) application, we encourage you to clearly identify (for each section of the application, including the labeling): (1) the information for the proposed drug product that is provided by reliance on FDA's finding of safety and/or effectiveness for the listed drug or by reliance on published literature; (2) the "bridge" that supports the scientific appropriateness of such reliance; and (3) the specific name (e.g., proprietary name) of each listed drug named in any published literature on which your marketing application relies for approval. If you are proposing to rely on published literature, include copies of the article(s) in your submission.

In addition to identifying the source of supporting information in your annotated labeling, we encourage you to include in your marketing application a summary of the information that supports the application in a table similar to the one below.

| List the information essential to the approval of the proposed drug that is provided by reliance on the FDA's previous finding of safety and effectiveness for a listed drug or by reliance on published literature | |
| --- | --- |
| **Source of information** (e.g., published literature, name of listed drug) | **Information Provided** (e.g., specific sections of the 505(b)(2) application or labeling) |
| *1. Example: Published literature* | *Nonclinical toxicology* |
| *2. Example: NDA XXXXXX "TRADENAME"* | *Previous finding of effectiveness for indication A* |
| *3. Example: NDA YYYYYY "TRADENAME"* | *Previous finding of safety for Carcinogenicity, labeling section B* |

Reference ID: 4297147

    ACER_0002621

IND 127365
Page 16

| 4. | |
|---|---|

Please be advised that circumstances could change that would render a 505(b)(2) application for this product no longer appropriate. For example, if a pharmaceutically equivalent product were approved before your application is submitted, such that your proposed product would be a "duplicate" of a listed drug and eligible for approval under section 505(j) of the FD&C Act, then it is FDA's policy to refuse to file your application as a 505(b)(2) application (21 CFR 314.101(d)(9)). In such a case, the appropriate submission would be an Abbreviated New Drug Application (ANDA) that cites the duplicate product as the reference listed drug.

| Site Name | Site Address | Federal Establishment Indicator (FEI) or Registration Number (CFN) | Drug Master File Number (if applicable) | Manufacturing Step(s) or Type of Testing [Establishment function] |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

Corresponding names and titles of onsite contact:

| Site Name | Site Address | Onsite Contact (Person, Title) | Phone and Fax number | Email address |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

## OFFICE OF SCIENTIFIC INVESTIGATIONS (OSI) REQUESTS

The Office of Scientific Investigations (OSI) requests that the items described in the draft Guidance for Industry Standardized Format for Electronic Submission of NDA and BLA Content for the Planning of Bioresearch Monitoring (BIMO) Inspections for CDER Submissions (February 2018) and the associated Bioresearch Monitoring Technical Conformance Guide Containing Technical Specifications be provided to facilitate development of clinical investigator and sponsor/monitor/CRO inspection assignments, and the background packages that are sent with those assignments to the FDA ORA investigators who conduct those inspections. This information is requested for all major trials used to support safety and efficacy in the application (i.e., phase 2/3 pivotal trials). Please note that if the requested items are provided elsewhere in submission in the format described, the Applicant can describe location or provide a link to the requested information.

Reference ID: 4297147

CONFIDENTIAL   ACER_0002622

IND 127365
Page 17

Please refer to the draft Guidance for Industry Standardized Format for Electronic Submission of NDA and BLA Content for the Planning of Bioresearch Monitoring (BIMO) Inspections for CDER Submissions (February 2018) and the associated Bioresearch Monitoring Technical Conformance Guide Containing Technical Specifications:

https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/UCM332466.pdf

https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/UCM332468.pdf.

## 4.0    ADDITIONAL CLINICAL REQUESTS

The following are additional requests that we usually ask for to support the clinical review. We understand that there may be some difficulty in obtaining some of the information, but you should do your best.

### Protocol

1.  Please submit all versions of the protocol for BBEST and the date when changes were implemented. Please ensure that a Summary of Changes for each version is included.

2.  All versions of Statistical Analysis Plan (SAP) for BBEST. Please ensure that a Summary of Changes for each version is included. Also include the number of subjects enrolled in the trial at the time the change was made.

3.  Submit your SAP for the planned re-analysis of BBEST (ACER-BBEST) to FDA.

    *Discussion:*
    The Sponsor referred to slide 10 and explained that there is no formal separate SAP. The Sponsor told the Division that the SAP is in the BBEST protocol.

### Clinical Trial Materials

4.  Please submit all informed consent document(s). Please describe any country- or region-specific variations.
5.  For your data management plans, cite all amendments for ACER-BBEST, including all manual and programmatical checks.

6.  Please submit all data management plans used for BBEST, and cite all amendments.

7.  Please submit site monitoring plan and all amendments along with applicable dates for BBEST.

8.  A description of the responsibilities of each ARO or CRO used in BBEST.

Reference ID: 4297147

CONFIDENTIAL                                                                      ACER_0002623

IND 127365
Page 18

9. Please include all charters for committees involved in conducting BBEST (e.g., DSMB, Steering Committee, etc.)

10. At the time of the NDA submission, please include all meeting minutes of all groups with any responsibility for the management of the trial, e.g., Executive Committee, Clinical Endpoint Committee, Steering Committee and DSMB. Please include agendas and all data/slides presented to the Committee. Please indicate if the meeting was opened or closed. For those meetings that were cancelled or meetings where no minutes were taken, please include a place holder for that meeting noting such and signed by a member of the clinical team. Please also ensure that these packages come with a table of contents and are bookmarked by date.

11. All newsletters and all other communications to investigational sites and national coordinators from the group(s) responsible for the conduct of your trials. Please bookmark the newsletters by date.

*Discussion:*
The Sponsor told the Division that they could not find a data management plan document, but that the data management and statistical plans are included in the original BBEST protocol. In addition, monitoring visit reports for BBEST are available.

**General Data and Analyses**

12. Please submit all SAS codes and datasets used to create your analyses found in the main sections of your CSR for BBEST. If a SAS code contains a macro, please also include the macro code.

13. Please submit a table detailing all of the tables and figures featured in the main sections of your CSR for BBEST. The table should contain the following:

    a. title of the table or figure in NDA
    b. a page number hyperlink to the location of the table or figure
    c. a name hyperlink to the SAS code (and/or macros) used to create the table or figure
    d. names of the datasets used to create the table or figure (hyperlinks are useful but not necessary).
    e. For derived (analysis) datasets used to conduct your analyses, you should indicate the CRF pages and tabulation datasets from which the information was derived

14. Please submit any other datasets used to conduct your key analyses (e.g., analyses related to efficacy, safety, subject disposition) that are not included in the previous request.

15. In addition to XML, please also provide define files as *.pdfs.

16. For all derived datasets included in item #12 - 14, please submit all scripts/programs used to create the analysis datasets. The scripts and define files should be sufficient to

Reference ID: 4297147

                                                                ACER_0002624

IND 127365
Page 19

facilitate understanding of how the analysis datasets were created. If variables are inadequately described in the define files, you may need to also submit all datasets (and associated define files) used to derive your analysis datasets.

17. Please include a list of datasets that you assert are of high quality for review. Explain how you assessed the quality of your datasets and what you did to ensure your datasets are suitable for an NDA review. Submit SAS codes that were used to create or clean up your analyses datasets.

18. Please provide narratives for all deaths (if not adjudicated) and all discontinuations due to SAE.

19. Please provide a dataset that contains a list of all subjects for whom you submitted a CRF, narrative, or adjudication package (s). The dataset should contain four variables with an indicator for whether each item was submitted.

20. For the BBEST trial, please list in one table the
   - Dates of first patient and last patient visits
   - Dates of data lock
   - Dates for each interim analysis
   - Dates of all versions of the SAP (with a hyperlink to each SAP)
   - Dates of the initial protocol and all revisions. (with a hyperlink to the protocol and each revision).

   ***Discussion:***
   No further discussion.

**Important Endpoints**

21. Please submit all adjudication packages exactly and completely as seen by the adjudicators, including all source documents and query results. If adjudication packages were prepared but not sent to the CEC, please submit these also. Please bookmark the adjudication packages for ease of review. Please also submit the re-adjudication packages for all events you re-evaluated.

22. Compile a listing of all adverse events to determine if any could have been adjudicated as a primary or secondary endpoint and compare them to a list of adverse events that were adjudicated to be primary and secondary endpoints. We would like to see a comprehensive reconciliation of all potentially unaccounted for endpoints as well as potentially mistaken adjudications.

23. We will ask for an adjudication dataset (after the Topline meeting) that helps us understand the discordance in the trial.

24. Your final clinical study report should include a comprehensive description of the algorithm used to identify potential endpoint events. If your algorithm changed over time, you should also provide detailed information on its evolution, including when and

Reference ID: 4297147

ACER_0002625

IND 127365
Page 20

why changes were made.  If changes were made to the algorithm, you should describe whether the algorithm was used for potential events that occurred prior to the changes to identify additional events for adjudication.

***Discussion:***
No further discussion.

## Other

25. Please provide a statement of Good Clinical Practice confirming that all clinical studies were conducted under the supervision of an Institutional Review Board and with adequate informed consent procedures. If you were granted an IRB Waiver during this trial because a specific site or country operated under a Central Ethics Committee (CEC) and/or Local Ethics Committees (EC) which we agreed maintain the same oversight responsibilities as IRBs, please reference the waiver and include the date.

26. Please submit the coding dictionary used for mapping investigator verbatim terms to preferred terms as SAS transport files.  The file should consist of a list of all investigator verbatim terms and the preferred terms to which they were mapped.

27. Please provide your rationale for assuaging the applicability of foreign data to U.S. population/practice of medicine in the submission.

There are two major pieces to this applicability of foreign data issue as follows:

- Are the patients the same (US versus rest of world)?
- Are the medical systems treating the disease the same way with respect to interventions and background therapy on a region-specific basis?

28. In the NDA, please submit an annotated version of these pre-NDA meeting minutes that include a hyperlink, when applicable, to the analysis and/or documents requested.  This document can be placed in the reviewer's aid. Please also address requests from previous meetings with the Division.  Include an annotated version of those minutes with hyperlinks to the response in the application.

***Discussion:***
No further discussion.

**5.0    ATTACHMENTS AND HANDOUTS**
Sponsor's slides are attached.

Reference ID: 4297147

CONFIDENTIAL

ACER_0002626



# Type B Meeting
# Sponsor Topics for Discussion
# June 28, 2018

## *Confidential*

Reference ID: 4297147

CONFIDENTIAL

# List of Sponsor Attendees

| Name | Title |
| --- | --- |
| William T. Andrews, MD, FACP | Chief Medical Officer |
| Chris Schelling | Chief Executive Officer & Founder |
| Pamela M. Williamson, RAC, FRAPS | Acting Head, Regulatory Affairs |
| John Klopp, M.S. | Vice President, Manufacturing |
| Rodney Sleith, MS | Principal Statistician |
| Denis Roy, Ph.D. | Director, Nonclinical Safety & Development |
| Dipali C. MacAllister, PharmD | Senior Consultant, Regulatory Affairs |
| Sara Price, M.A. | Associate, Nonclinical Safety & Development |



Reference ID: 4297147
**Confidential**

# Acer Questions for Discussion

Based on the Agency's Preliminary Meeting Responses, the questions for further discussion and/or clarification include the following:

- *Question #1 - Biopharmaceutics*
- *Question #22 - Carcinogenicity*
- *Additional Clinical Pharmacology Comment – Hepatic Impairment Study*
- *Additional Clinical Requests*
  - *Protocol - #2*
  - *Clinical Trial Materials - #6, #7*



Acer
Therapeutics

Reference ID: 4297147
**Confidential**
CONFIDENTIAL

3

ACER_0002629

# Question 1 - Biopharmaceutics



Reference ID: 4297147
**Confidential**
CONFIDENTIAL

4

ACER_0002630

# Acer Response to Question 1 – Biopharmaceutics – Scientific Bridge



Reference ID: 4297147
**Confidential**
CONFIDENTIAL

ACER_0002631

# Question 22 – Carcinogenicity



Reference ID: 4297147

Confidential

CONFIDENTIAL

6

ACER_0002632

# Acer Response to Question 22



Reference ID: 4297147
**Confidential**
CONFIDENTIAL

7

ACER_0002633

# FDA's Additional Clinical Pharmacology Comment



Reference ID: 4297147
Confidential
CONFIDENTIAL

ACER_0002634

# Acer Response – Clinical Pharmacology: Hepatic Impairment Study



Reference ID: 4297147
**Confidential**
CONFIDENTIAL

ACER_0002635

# FDA's Additional Clinical Requests

- Acer intends to undertake best efforts to provide the information for the additional clinical requests

- Some limitations with respect to original BBEST documentation

  - For example, formal original BBEST SAP (#2), original data management plan (#6), and original site monitoring plan (#7) are not available

  - Descriptions of statistical and data management plans are available in the original BBEST protocol, and monitoring visit reports are available

- SAP for Acer-BBEST analysis (#3) will be submitted



Reference ID: 4297147
**Confidential**
CONFIDENTIAL

ACER_0002636

---------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------

/s/

--------------------------------------------------------------


NORMAN L STOCKBRIDGE
07/26/2018

Reference ID: 4297147

CONFIDENTIAL                                                                    ACER_0002637