Proposed Third Amended
Complaint

# Exhibit 7

[REDACTED]



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 211597

**FILING COMMUNICATION –**
**NO FILING REVIEW ISSUES IDENTIFIED**

Acer Therapeutics Inc.
Attention: Pamela M. Williamson, RAC, FRAPS
Williamson BioPharma Consulting, LLC
P.O. Box 247, 1 Metcalf Lane
Medway, MA 02053

Dear Ms. Williams:

Please refer to your New Drug Application (NDA) dated October 25, 2018, received October 25, 2018, and submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for EDSIVO (celiprolol HCl)███mg film coated Tablets.

We also refer to your amendments(s) dated November 2, 9, and 26, 2018.

We have completed our filing review and have determined that your application is sufficiently complete to permit a substantive review. Therefore, in accordance with 21 CFR 314.101(a), this application is considered filed 60 days after the date we received your application.  The review classification for this application is **Priority**.  Therefore, the user fee goal date is June 25, 2019. This application is also subject to the provisions of "the Program" under the Prescription Drug User Fee Act (PDUFA) VI.  For further information, refer to the following link:

https://www.fda.gov/ForIndustry/UserFees/PrescriptionDrugUserFee/ucm446608.htm.

We are reviewing your application according to the processes described in the Guidance for Review Staff and Industry: Good Review Management Principles and Practices for PDUFA Products.  Therefore, we have established internal review timelines as described in the guidance, which includes the timeframes for FDA internal milestone meetings (e.g., filing, planning, mid-cycle, team and wrap-up meetings).  Please be aware that the timelines described in the guidance are flexible and subject to change based on workload and other potential review issues (e.g., submission of amendments).  We will inform you of any necessary information requests or status updates following the milestone meetings or at other times, as needed, during the process.  If major deficiencies are not identified during the review, we plan to communicate proposed labeling and, if necessary, any postmarketing requirement/commitment requests by April 20, 2019.

Reference ID: 4367278

CONFIDENTIAL

NDA 211597
Page 2

Because the approval of this NDA does not appear to depend on any published literature or the Agency's previous findings, we have determined that the proper regulatory pathway for this NDA is 505(b)(1) under the Federal Food, Drug, and Cosmetic Act (FDCA).

The planned date for our internal mid-cycle review meeting is January 24, 2019. We are currently planning to hold an advisory committee meeting to discuss this application.

At this time, we are notifying you that we have identified <u>potential</u> review issues. This is based on a preliminary evaluation of the application and does not preclude their resolution or discovery of additional deficiencies during our review. The potential review issues include:

*<u>Clinical:</u>*
1) <u>Randomization Imbalance:</u> Given the imbalance in the major diagnostic criteria and the COL3A1 genetic mutation in the treatment groups, it is unclear whether these treatment groups are comparable.

2) <u>Interim Analyses:</u> Multiple interim analyses were conducted without preplanned alpha spending.

3) <u>Adjudication process</u>: The adjudication procedure involved unblinded investigators dispatching potential events to an unblinded principal investigator who determined which cases would be referred for adjudication, thereby introducing the potential for bias.

4) <u>Premature termination:</u> The study was terminated when approximately 50% of the planned enrollment was complete. The decision to terminate the trial appears to have been made shortly after 2 events were reported in the control arm.

We also request that you submit the following information:

*<u>Non-Clinical:</u>*



Reference ID: 4367278

CONFIDENTIAL                                                                                    ACER_0002645

NDA 211597
Page 3

***Clinical Pharmacology:***



## PRESCRIBING INFORMATION

Your proposed prescribing information (PI) must conform to the content and format regulations found at 21 CFR 201.56(a) and (d) and 201.57. As you develop your proposed PI, we encourage you to review the labeling review resources on the *PLR Requirements for Prescribing Information* and *PLLR Requirements for Prescribing Information* websites, which include:

- The Final Rule (Physician Labeling Rule) on the content and format of the PI for human drug and biological products
- The Final Rule (Pregnancy and Lactation Labeling Rule) on the content and format of information in the PI on pregnancy, lactation, and females and males of reproductive potential
- Regulations and related guidance documents
- A sample tool illustrating the format for Highlights and Contents
- The Selected Requirements for Prescribing Information (SRPI) − a checklist of important format items from labeling regulations and guidances and
- FDA's established pharmacologic class (EPC) text phrases for inclusion in the Highlights Indications and Usage heading.

During our preliminary review of your submitted labeling, we have identified the following labeling issues and have the following labeling comments or questions:

1) The length of the **Highlights** must be one-half page or less unless a waiver has been granted. Please reduce the **Highlights** section of labeling to one-half page.

2) There must be a horizontal line between **Table of Content** and **Full Prescribing Information.**

3) All headings in **Highlights** (from Recent Major Changes to Specific Populations) must be centered.

Reference ID: 4367278

CONFIDENTIAL                                                                    ACER_0002646

NDA 211597
Page 4

4)   All section headings in the **Table of Content** must be indented.

6)   Please review the July 2018 Guidance for Industry, "Indications and Usage Section of Labeling for Human Prescription Drug and Biologic Products – Content and Format" with respect to your proposed Limitation of Use.  Please address, in the context of the Guidance and Regulations, why your proposed text should be included as a Limitation of Use (and not included in some other part of labeling, e.g. Dosage and Administration).

7)   Please revise your proposed Dosage and Administration Section to provide clear instructions to healthcare providers written in active voice.

8)   Please review recently approved/revised labeling for beta blocking agents for cardiovascular indications.  Please compare your proposed labeling with class labeling in Sections 5 and 7 and harmonize your label or address why such language is not applicable to your product.

9)   We note that Section 6 of your proposed prescribing information includes adverse events. We remind you that Section 6 must describe adverse reactions, i.e., an undesirable effect, reasonably associated with use of the drug.  Adverse events for which there is no basis to believe there is a causal relationship between the drug and the occurrence of the adverse event are not appropriate for this section. Please revise this section accordingly.

10) We do not consider the types of references you have included in Section 15 to meet the regulatory expectation for inclusion in this Section. We recommend deleting Section 15.

We request that you resubmit labeling (in Microsoft Word format) that addresses these issues by January 14, 2019.  The resubmitted labeling will be used for further labeling discussions.  Use the SRPI checklist to correct any formatting errors to ensure conformance with the format items in regulations and guidances.  The checklist is available at the following link: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/LawsActsandRules/UCM373025.pdf

At the end of labeling discussions, use the SRPI checklist to ensure that the PI conforms with format items in regulations and guidances.

Please respond only to the above requests for information.  While we anticipate that any response submitted in a timely manner will be reviewed during this review cycle, such review decisions will be made on a case-by-case basis at the time of receipt of the submission.

**PROMOTIONAL MATERIAL**
You may request advisory comments on proposed introductory advertising and promotional labeling.   Please submit, in triplicate, a detailed cover letter requesting advisory comments (list

Reference ID: 4367278

                                                      ACER_0002647

NDA 211597
Page 5

each proposed promotional piece in the cover letter along with the material type and material identification code, if applicable), the proposed promotional materials in draft or mock-up form with annotated references, and the proposed prescribing information (PI). Submit consumer-directed, professional-directed, and television advertisement materials separately and send each submission to:

> OPDP Regulatory Project Manager
> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

Alternatively, you may submit a request for advisory comments electronically in eCTD format. For more information about submitting promotional materials in eCTD format, see the draft Guidance for Industry (available at: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM443702.pdf ).

Do not submit launch materials until you have received our proposed revisions to the prescribing information (PI), and you believe the labeling is close to the final version.

For more information regarding OPDP submissions, please see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm. If you have any questions, call OPDP at 301-796-1200.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because your application is granted Orphan Designation for the treatment of vascular Ehlers Danlos Syndrome, you are exempt from this requirement.

If you have any questions, please call Maryam Changi, Regulatory Project Manager, at (240) 402-2725.

> Sincerely,
>
> *{See appended electronic signature page}*
>
> Robert Temple, MD
> Deputy Director
> Office of Drug Evaluation I
> Center for Drug Evaluation and Research

Reference ID: 4367278

ACER_0002648

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------

/s/

------------------------------------------------------------

ROBERT TEMPLE
12/21/2018

Reference ID: 4367278

CONFIDENTIAL                                                              ACER_0002649