# Proposed Third Amended Complaint

# Exhibit 8

[REDACTED]



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring MD 20993**

NDA 211597

## MID-CYCLE COMMUNICATION

Acer Therapeutics Inc.
Attention: Pamela M. Williamson, RAC, FRAPS
Williamson BioPharma Consulting, LLC
P.O. Box 247, 1 Metcalf Lane
Medway, MA 02053

Dear Ms. Williamson:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for EDSIVO (celiprolol HCL)█████mg film coated Tablets.

A record of the teleconference is enclosed for your information.

If you have any questions, please call Maryam Changi, Regulatory Project Manager at (240) 402-2725.

Sincerely,

*{See appended electronic signature page}*

Karen A. Hicks, MD
Clinical Team Leader
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
Mid-Cycle Communication

Reference ID: 4399543

CONFIDENTIAL

ACER_0002650



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MID-CYCLE COMMUNICATION

**Meeting Date and Time:**     February 11, 2019; 1:00 pm to 2:00 pm

**Application Number:**     NDA 211597
**Product Name:**     celiprolol HCL ███ mg Tablets
**Indication:**     For the treatment of vascular Ehlers-Danlos Syndrome (vEDS) in patients with a confirmed type III collagen (COL3A1) mutation

**Applicant Name:**     Acer Therapeutics Inc.

**Meeting Chair:**     Karen A. Hicks, MD
**Meeting Recorder:**     Maryam Changi, PharmD

## FDA ATTENDEES
*\*Office of Drug Evaluation I:*
Ellis Unger, MD, Director

*\*Division of Cardiovascular and Renal Products:*
Norman Stockbridge, MD, PhD, Director
Aliza Thompson, MD, Deputy Director
Mary Ross Southworth, PharmD, Deputy Director for safety
Michael Monteleone, MS, RAC, Associate Director for Lableing
Karen Hicks, MD, Clinical Team Leader
Fortunato Senatore, MD, PhD, FACC, Clinical Reviewer
Nhi Beasley, PharmD, Clinical Reviewer
Jeam Wu, PhD, Non-Clinical Team Leader (Acting)
Muriel Sauliner, DVM, PhD, DABT Non-Clinical Reviewer
James Willard, PhD, Non-Clinical Reviewer
Edward Fromm, RPh, RAC, Chief, Regulatory Health Project Manager
Maryam Changi, PharmD, Regulatory Project Manager

*\*Office of Clinical Pharmacology:*
Venkateswaran ChithambaramPillai, PhD, Reviewer

*\*Office of Biostatistics, Division of Biometrics I:*
Hsien Ming (Jim) Hung, PhD, Director
John Lawrence, PhD, Statistician

Reference ID: 4399543

CONFIDENTIAL

NDA 211597
Mid-Cycle Communication
Page 2

*Division of Immunology and Hematology Devices(DIHD), CDRH:*
Jobert Barin, PhD, Reviewer

**APPLICANT ATTENDEES**
William T. Andrews, MD, FACP, Chief Medical Officer
Stacey Bain, PhD, Vice President, Clinical Operations
John P. Balser, PhD, President, Veristat
Terrie Kellmeyer, PhD, Vice President, Clinical Science
Yvette Peters, PhD, Senior Director, Clinical Science
Chris Schelling, Chief Executive Officer & Founder
Rodney Sleith, MS, Principal Statistician, Veristat
Pamela M. Williamson, RAC, FRAPS, Williamson BioPharma Consulting, LLC

## 1.0    INTRODUCTION

We are providing these comments to you before we complete our review of the entire application to give you preliminary notice of issues that we have identified. In conformance with the user fee reauthorization agreements, these comments do not reflect a final decision on the information reviewed and should not be construed to do so. These comments are preliminary and subject to change as we finalize our review of your application. In addition, we may identify other information that must be provided before we can approve this application. If you respond to these issues during this review cycle, depending on the timing of your response, and in conformance with the user fee reauthorization agreements, we may or may not be able to consider your response before we take an action on your application during this review cycle.

## 2.0    SIGNIFICANT ISSUES

- *Non-Clinical:*

Reference ID: 4399543

CONFIDENTIAL

ACER_0002652

NDA 211597
Mid-Cycle Communication
Page 2

## *Clinical/Statistical:*

2- Issues that impact the evaluation of efficacy and jeopardize approvability are the following:

- Inconclusive efficacy. The Whitehead triangulation test was used to ascertain efficacy during the performance of multiple pre-planned interim analyses. The original stopping boundaries are unknown. Stopping boundaries that we estimated were never crossed during 4 interim analyses, although the trial was terminated at 50% of the planned enrollment by parties unblinded to endpoint distribution between the arms of BBEST at the time of termination, thus introducing potential bias.

### *Meeting Discussion:*
Dr. Lawrence did not agree with Acer's suggestion regarding a revised Whitehead analysis based on the smaller N in the study. Dr. Lawrence indicated that he would perform an analysis using a strategy published by John Whitehead, which is suitable for this type of monitoring.

- Baseline imbalances impacting statistical significance.
There were numerous imbalances suggesting the no-beta-blocker arm was sicker at baseline than the celiprolol arm: 1) family history of vEDS (16 vs 11); 2) personal and 1st degree relative with a history of arterial rupture or dissection, uterine or intestinal rupture (6 vs 2); 3) phenotypic presentation: acrogeria (21 vs 15), hypermobility of joints (23 vs 17), tendon rupture (6 vs 2), lower limb varicosity (11 vs 6), bruising (25 vs 18); and 4) reported COL3A1 genetic defect (20 vs 13). An analysis was performed to adjust for the presence or absence of three protocol-defined major diagnostic criteria: 1) personal/family history of arterial rupture; 2) history of hollow organ rupture; and 3) COL3A1 gene mutation. The analysis demonstrated that the 95% confidence interval for the hazard ratio crossed unity for each adjustment, suggesting no impact from imbalances of three evaluated diagnostic criteria. However, the p-value from the stratified log-rank test was 0.098, consistent with the permutation test p-value of 0.11, showing a loss of statistical significance by controlling for the effects of the diagnostic criteria.

### *Meeting Discussion:*
Acer referenced the Type C meeting with the Division on June 14, 2018 regarding the general agreement that vEDS diagnostic criteria are not necessarily prognostic factors.

Reference ID: 4399543

CONFIDENTIAL

ACER_0002653

NDA 211597
Mid-Cycle Communication
Page 3

Dr. Senatore explained that the original thinking was that patients with a personal history of arterial or organ rupture may be at higher risk for a secondary event compared to patients who did not have such a history. Dr. Lawrence stated that when adjusting for baseline imbalances, the stratified log rank test suggested a loss of statistical significance with a p-value of 0.098.

Acer suggested they could solicit expert opinion on important covariates, but Dr. Stockbridge believed that only data on their impact on outcomes would be useful.

*Less serious concerns include:*

- Flawed adjudication process. Unblinded site investigators sent adverse event packages to the unblinded Principal Investigator who then decided which adverse event should be redacted and sent to the blinded adjudication committee. This had the potential to introduce bias in the adjudication process.

  ***Meeting Discussion:***
  No further discussion.

- Questionable retroactive adjudication decisions: Readjudication for Subjects 04-063 and 88-361 created new events in the control arm.

  ***Meeting Discussion:***
  Acer agreed to review these two cases to determine whether additional information had been received from external sources. If additional information is available, Acer will submit this information in a timely fashion.

## 3.0   INFORMATION REQUESTS

***Non-Clinical:***



Reference ID: 4399543

CONFIDENTIAL                                                                    ACER_0002654

NDA 211597
Mid-Cycle Communication
Page 4

### *Clinical/Safety:*

2- Please submit the code used to produce Table 14.3.1.2A in the BBEST clinical study report. The table references the program T-14-3-1-2A-AE. Please ensure that datasets and programs needed to understand the code have been submitted. Our analysis of treatment emergent adverse events during the PROBE period (using the dataset ADAE and variables TRTEMFL='Y' and SAFFL='Y') results in 22 subjects randomized to celiprolol with a TEAE, not your reported 23. We would like to understand the difference in results.

3- Please submit the code used to produce Table 14.3.1.5A in the BBEST clinical study report. The table references the program code T-14-3-1-5A-SER. Please ensure that datasets and prgrams needed to understand the code have been submitted. Our analysis of treatment emergent serious adverse events during the PROBE period (using the dataset ADAE and variables TRTEMFL='Y', SAFFL='Y', AESER="Y" or AESLIFE="Y" or AESHOSP="Y") results in 10 subjects randomized to celiprolol with a treatment emergent SAE, not your reported 12. We would like to understand the difference in results.

### *Meeting Discussion:*

Acer committed to submit a response to the clinical IRs, by Friday, February 15, 2019.

### 4,0 ADDITIONAL DISCUSSION

Acer indicated that the manuscript writen by academic leaders on registry data in patients with Ehlers-Danlos Syndrome has been accepted and will likely be published in April 2019. If possible, Acer will submit this information to the Division sooner.

### 5.0 MAJOR SAFETY CONCERNS/RISK MANAGEMENT

There are no major safety concerns.

### 6.0 ADVISORY COMMITTEE MEETING

At a teleconference on January 28, 2019, the Division provided its rationale for cancelling the planned AC meeting.

### 7.0 LATE-CYCLE MEETING /OTHER PROJECTED MILESTONES

The LCM is scheduled for April 9, 2019. The Division intends to send the LCM background package approximately 10 days in advance of the scheduled meeting.

Reference ID: 4399543

CONFIDENTIAL

ACER_0002655

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------

/s/

------------------------------------------------------------

KAREN A HICKS
03/06/2019 11:03:26 AM

Reference ID: 4399543

CONFIDENTIAL                                                                                ACER_0002656