Proposed Third Amended
Complaint

# Exhibit 9

[REDACTED]

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 211597

**LATE CYCLE MEETING**
**BACKGROUND PACKAGE**

Acer Therapeutics Inc.
Attention: Pamela M. Williamson, RAC, FRAPS
Williamson BioPharma Consulting, LLC
P.O. Box 247, 1 Metcalf Lane
Medway, MA 02053

Dear Ms. Williamson:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal
Food, Drug, and Cosmetic Act for celiprolol HCL ███ mg Tablets.

We also refer to the Late-Cycle Meeting (LCM) scheduled for April 9, 2019.  Attached is
our background package, including our agenda, for this meeting.

If you have any questions, please call Maryam Changi, Regulatory Project Manager, at (240)
402-2725.

Sincerely,

*{See appended electronic signature page}*

Norman Stockbridge, MD, PhD
Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

ENCLOSURE:
  Late-Cycle Meeting Background Package

Reference ID: 4411437

CONFIDENTIAL                                                                                          ACER_0002657

NDA 211597
Late-Cycle Meeting Background Package
Page 1

## LATE-CYCLE MEETING BACKGROUND PACKAGE

**Meeting Date and Time:**     April 9, 2019; 1:00 pm to 2:00 pm EDT
**Meeting Location:**          White Oak, Building 22, Room 1415

**Application Number:**        NDA 211597
**Product Name:**              ███ mg celiprolol ███ mg celiprolol HCl) immediate release tablets
**Indication:**                For the treatment of vascular Ehlers-Danlos Syndrome (vEDS) in patients with a confirmed type III collagen (COL3A1) mutation
**Applicant Name:**            Acer Therapeutics, Inc.

## INTRODUCTION

The purpose of a Late-Cycle Meeting (LCM) is to share information and to discuss any substantive review issues that we have identified to date, Advisory Committee (AC) meeting plans (if scheduled), and our objectives for the remainder of the review. The application has not yet been fully reviewed by the signatory authority, Division Director, and Cross-Discipline Team Leader (CDTL) and therefore, the meeting will not address the final regulatory decision for the application. We are sharing this material to promote a collaborative and successful discussion at the meeting.

During the meeting, we may discuss additional information that may be needed to address the identified issues and whether it would be expected to trigger an extension of the PDUFA goal date if the review team should decide, upon receipt of the information, to review it during the current review cycle. If you submit any new information in response to the issues identified in this background package prior to this LCM or the AC meeting, if an AC is planned, we may not be prepared to discuss that new information at this meeting.

## BRIEF MEMORANDUM OF SUBSTANTIVE REVIEW ISSUES IDENTIFIED TO DATE

**Discipline Review Letters**
No Discipline Review letters have been issued to date.

**Substrative Review Issues**
The following substantive review issues have been identified to date:

*Non-Clinical:*
The following non-clinical issues could all be resolved post-approval:

██████████████████████████████████████████████

CONFIDENTIAL

NDA 211597
Late-Cycle Meeting Background Package
Page 2



### *Clinical and Biometrics:*

The BBEST study served as the sole trial to support the use of celiprolol for the treatment of vascular (type IV) Ehlers Danlos Syndrome. Several liabilities were identified and explained in the mid-cycle communiation dated 06 March 2019. Of these, 3 outstanding issues remain:

1. **Inconclusive efficacy results**
   Multiple interim analyses were performed with alpha adjustments based on the Whitehead triangulation test. The original stopping boundaries were unknown. New stopping boundaries were estimated. The stopping boundaries were not crossed at any of 4 interim analyses, but the trial was terminated with only 50% of planned enrollment and with full knowledge of the nominal outcome.

2. **Baseline imbalances in risk factors**
   There were baseline imbalances in the number of subjects between the no beta blocker arm

Reference ID: 4411437

ACER_0002659

NDA 211597
Late-Cycle Meeting Background Package
Page 3

vs the celiprolol arm of the BBEST trial for: **1)** family history of vEDS (*16 vs 11*);
**2)** personal <u>and</u> 1st degree relative with a history of arterial rupture or dissection and uterine or intestinal rupture (*6 vs 2*); **3)** phenotypic presentation:  acrogeria (*21 vs 15*), hypermobility of joints (*23 vs 17*), tendon rupture (*6 vs 2*), lower limb varicosity (*11 vs 6*), bruising (*25 vs 18*); and **4)** the reported COL3A1 genetic defect (*20 vs 13*). Your analysis adjusting for three protocol-defined major diagnostic criteria—personal/family history of arterial rupture, history of hollow organ rupture, or COL3A1 gene mutation—renders the treatment effect non-significant, as does a permutation test.

3. **Adjudication process with potential for selection bias**
   The adjudication process was biased through having the unblinded principal investigator determine which events were adjudicated.

**ADVISORY COMMITTEE MEETING**
At a teleconference on January 28, 2019, the Division provided its rationale for cancelling the planned AC meeting.

**REMS OR OTHER RISK MANAGEMENT ACTIONS**
No issues related to risk management have been identified to date.

**Postmarketing Requirements:**



Reference ID: 4411437

NDA 211597
Late-Cycle Meeting Background Package
Page 4


**LCM AGENDA**

1.  Introductory Comments
    Welcome, Introductions Objectives of the meeting

2.  Discussion of Substantive Review Issues – Each issue will be introduced by FDA and
    followed by a discussion.

3.  Postmarketing Requirements

4.  Review Plans

5.  Wrap-up and Action Items

Reference ID: 4411437

CONFIDENTIAL                                                        ACER_0002661

---------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------

/s/
--------------------------------------------------------------


NORMAN L STOCKBRIDGE
03/29/2019 05:32:25 PM

Reference ID: 4411437

CONFIDENTIAL

ACER_0002662