Proposed Third Amended Complaint

# Exhibit 10

[REDACTED]



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 211597

**LATE-CYCLE MEETING MINUTES**

Acer Therapeutics Inc.
Attention: Pamela M. Williamson, RAC, FRAPS
Williamson BioPharma Consulting, LLC
P.O. Box 247, 1 Metcalf Lane
Medway, MA 02053

Dear Ms. Williamson:

Please refer to your New Drug Application (NDA) dated October 25, 2018, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for EDSIVO (celiprolol HCL) █ mg film coated Tablets.

We also refer to the Late-Cycle Meeting (LCM) between representatives of your firm and the FDA on April 9, 2019.

A copy of the official minutes of the LCM is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, please call Maryam Changi, Regulatory Project Manager at (240) 402-2725.

Sincerely,

*{See appended electronic signature page}*

Karen A. Hicks, MD
Cross Disciplinary Team Leader
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure:
  Late Cycle Meeting Minutes

Reference ID: 4429417

CONFIDENTIAL

ACER_0002663



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF LATE-CYCLE MEETING MINUTES

| | |
|---|---|
| **Meeting Date and Time:** | April 9, 2019 |
| **Meeting Location:** | White Oak, Builing 22, Room 1415 |
| | |
| **Application Number:** | 211597 |
| **Product Name:** | celiprolol HCL ██ mg Tablets |
| | |
| **Applicant Name:** | Acer Therapeutics Inc. |
| | |
| **Meeting Chair:** | Karen Hicks, MD |
| **Meeting Recorder:** | Maryam Changi, PharmD |

**FDA ATTENDEES:**
*Office of Drug Evaluation I:*
Ellis Unger, MD, Director

*Division of Cardiovascular and Renal Products:*
Norman Stockbridge, MD, PhD, Director
Michael Monteleone, MS, RAC, Associate Director for Lableing
Karen Hicks, MD, Clinical Team Leader
Fortunato Senatore, MD, PhD, FACC, Clinical Reviewer
Nhi Beasley, PharmD, Clinical Reviewer
Jean Wu, PhD, Non-Clinical Team Leader (Acting)
Muriel Saulnier, DVM, PhD, DABT Non-Clinical Reviewer
James Willard, PhD, Non-Clinical Reviewer
Edward Fromm, RPh, RAC, Chief, Regulatory Health Project Manager
Grace E. Simmons, MA, Project Specialist
Maryam Changi, PharmD, Regulatory Project Manager

*Office of Clinical Pharmacology:*
Venkateswaran ChithambaramPillai, PhD, Reviewer
Sudharshan Hariharan, PhD, Team Leader

*Office of Biostatistics, Division of Biometrics I:*
John Lawrence, PhD, Statistician

*Office of Product Quality:*
Wendy Wilson-Lee, PhD, Branch Chief

NDA 211597
Late-Cycle Meeting Minutes

*Division of Pediatrics and Maternal Health:*
Tamara Johnson, MD, MS, Team Leader
Kristie Baisden, DO, Medical Officer

*Office of Surveilance and Epidemiology/ Division of Pharmacovigilance:*
Christian Cao, PA-C, MPAS, Team Leader

*Office of Surveillance and Epidemiology/Division of Epidemiology – II*
Margie Goulding, PhD, Epidemiologist

*Office of Surveillance and Epidemiology/Division of Risk Management:*
Courtney Cunningham, PharmD, Risk Management Analyst
Laura Zendel, PharmD, BCPS, Team Leader

*Rare Disease Program:*
Melanie Blank, MD, Medical Officer

**APPLICANT ATTENDEES**
William T. Andrews, MD, FACP, Chief Medical Officer
John P. Balser, PhD, President, Veristat
Chris Schelling, Chief Executive Officer & Founder
Rodney Sleith, MS, Principal Statistician, Veristat
Pamela M. Williamson, RAC, FRAPS, Williamson BioPharma Consulting, LLC

## 1.0    BACKGROUND

On October 25, 2018, Acer Therapeutics Inc. submitted NDA 211597 to market celiprolol HCl "for the treatment of vascular Ehlers-Danlos Syndrome (vEDS) in patients with a confirmed type III collagen (*COL3A1*) mutation." On December 21, 2018, the Office of Drug Evaluation I (ODE I) classified the application as a priority review. On March 29, 2019, FDA issued a background package in preparation for the Late-Cycle meeting with the Applicant. The PDUFA goal date for this application is June 25, 2019.

The Applicant used the appended slides for the discussion.

## 2.0    DISCUSSION

### Non-Clinical:
The following non-clinical issues can be resolved post-approval:



Page 2

Reference ID: 4429417

CONFIDENTIAL                                                                                          ACER_0002665

NDA 211597
Late-Cycle Meeting Minutes



**_Clinical and Biometrics:_**
The BBEST study served as the sole trial to support the use of celiprolol for the treatment of vascular (type IV) Ehlers Danlos Syndrome. Several liabilities were identified and explained in the mid-cycle communiation dated March 6, 2019. Of these, 3 outstanding issues remain:

1.  **Inconclusive efficacy results**
    Multiple interim analyses were performed with alpha adjustments based on the Whitehead triangulation test. The original stopping boundaries were unknown. New stopping boundaries were estimated. The stopping boundaries were not crossed at any of the 4 interim analyses, but the trial was terminated with only 50% of planned enrollment and with full knowledge of the outcome.

    **_Discussion:_**
    The Applicant agreed with the Division's conclusions that the stopping boundaries were not crossed and the trial was terminated prematurely. However, the Applicant reiterated the trend towards demonstrating effectiveness in the BBEST trial and offered to provide

Reference ID: 4429417

CONFIDENTIAL

ACER_0002666

NDA 211597
Late-Cycle Meeting Minutes

additional data from an ongoing registry to supplement the data from the BBEST trial. The
Applicant appealed to the Division to consider the totality of the evidence in the setting of a
rare disease with an unmet medical need.

2. **Baseline imbalances in risk factors**
There were baseline imbalances in the number of subjects between the no beta blocker arm
vs the celiprolol arm of the BBEST trial for: **1)** family history of vEDS (*16 vs 11*);
**2)** personal and 1st degree relative with a history of arterial rupture or dissection and uterine
or intestinal rupture (*6 vs 2*); **3)** phenotypic presentation: acrogeria (*21 vs 15*), hypermobility
of joints (*23 vs 17*), tendon rupture (*6 vs 2*), lower limb varicosity (*11 vs 6*), bruising (*25 vs
18*); and **4)** the reported COL3A1 genetic defect (*20 vs 13*). Your analysis adjusting for three
protocol-defined major diagnostic criteria—personal/family history of arterial rupture,
history of hollow organ rupture, or COL3A1 gene mutation—renders the treatment effect
non-significant, as does a permutation test.

*Discussion:*
The Applicant stated that the presence of a previous arterial or organ rupture did not predict a
future rupture. The Applicant provided the results from a sensitivity analysis showing that the
presence or absence of arterial rupture, hollow-organ rupture, and *COL3A1* gene mutation
did not affect the outcome of the trial. The Division reiterated that when adjusting for
baseline imbalances, the p-value of 0.02 increased to 0.09 by the stratified log-rank test and
to 0.11 by the stratified permutation test. The p-value for the primary endpoint was also not
adjusted for the multiple interim analyses, and the boundary was not crossed.

3. **Adjudication process with potential for selection bias**
The adjudication process was biased through having the unblinded principal investigator
determine which events were adjudicated.

*Discussion:*
The Applicant stated that there was no evidence of bias in the adjudication process. A
retrospective review of the data and re-adjudication of events revealed that there were 8
overlooked events that could have been submitted to the adjudication committee. Of these 8
events, 3 were determined to have potentially met the clinical event criteria. Therefore,
packages were prepared for these 3 events and were submitted to the re-convened
adjudication committee composed of the same 4 members from the original adjudication
committee. Upon re-adjudication, only 1 of the 3 events was adjudicated positively as a
secondary endpoint (pneumoperitoneum). The Division agreed that there was no evidence of
bias in the adjudications; however, the adjudication process was flawed because of unblinded
filtering of events to the adjudication committee. The Applicant agreed that the adjudication
process designed antecedent to the Applicant's involvement was flawed.

**ADVISORY COMMITTEE MEETING**
At a teleconference on January 28, 2019, the Division provided its rationale for cancelling the
planned AC meeting.

Page 3

Reference ID: 4429417

CONFIDENTIAL                                                                              ACER_0002667

NDA 211597
Late-Cycle Meeting Minutes

> ### *Discussion:*
> No further Discussion.

## REMS OR OTHER RISK MANAGEMENT ACTIONS
No issues related to risk management have been identified to date.

> ### *Discussion:*
> No further discussion.

## Postmarketing Requirements:



> ### *Discussion:*
> No further discussion.

## Wrap-up and Action Items
This meeting did not address the final regulatory decision for the application because the application is still under review.

Reference ID: 4429417

CONFIDENTIAL                                                                    ACER_0002668

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------

/s/

-------------------------------------------------------------


KAREN A HICKS
05/06/2019 06:10:31 PM

CONFIDENTIAL    ACER_0002669