Proposed Third Amended
Complaint
# Exhibit 11

[REDACTED]



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 211597

**COMPLETE RESPONSE**

Acer Therapeutics Inc.
Attention: Pamela M. Williamson, RAC, FRAPS, MBA
Williamson BioPharma Consulting, LLC
P.O. Box 247, 1 Metcalf Lane
Medway, MA 02053

Dear Ms. Williamson:

Please refer to your New Drug Application (NDA) dated and received October 25, 2018, and your amendments, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for EDSIVO™ (celiprolol HCl)███ mg film coated Tablets.

We have completed our review of this application, as amended, and have determined that we cannot approve this application in its present form.  We have described our reasons for this action below and, where possible, our recommendations to address these issues.

### *CLINICAL/STATISTICAL*

1.  We have concluded that the **B**eta-**B**locker in **E**hlers-Danlos **S**yndrome **T**reatment (BBEST) trial does not provide substantial evidence of effectiveness for celiprolol for the reduction of cardiac or arterial events (rupture or dissection) in patients with vascular Ehlers-Danlos Syndrome (vEDS) who have a confirmed type III collagen *(COL3A1)* mutation. Our conclusion is based on the following considerations: 1) the statistical boundary conditions that were established to adjust for multiple interim analyses (Whitehead's Triangular Monitoring Design) were not satisfied when the study was terminated prematurely when only 50% of the planned subjects had been enrolled; 2) the *p*-value for the primary endpoint was not adjusted for multiple interim analyses; 3) there were important baseline imbalances for which adjustment would increase the *p*-value to 0.09 (using the stratified log-rank test) and to 0.11 (using the stratified permutation test).

    To address these issues, it will be necessary to conduct an adequate and well-controlled trial to determine whether celiprolol reduces the risk of clinical events in patients with vEDS. The Division will be happy to provide advice regarding the design of an adequate and well-controlled trial

Reference ID: 4453218

CONFIDENTIAL

ACER_0002670

NDA 211597
Page 2

### *PRESCRIBING INFORMATION*

### *CARTON AND CONTAINER LABELING*

### *PROPRIETARY NAME REVIEW*

### *SAFETY UPDATE*

Reference ID: 4453218

CONFIDENTIAL

ACER_0002671

NDA 211597
Page 3



## ADDITIONAL COMMENTS

We have the following comments/recommendations with respect to additional issues. These are not approvability issues, but you should nevertheless address them in your resubmission:

### *CLINICAL*

1.  The *COL3A1* mutation was not confirmed in a substantial fraction of patients enrolled in BBEST. For a future study, we recommend you attempt to confirm the molecular diagnosis in study participants.

2.  We note that hemodynamic effects consistent with celiprolol's putative mechanism of action were not evident in BBEST. The demonstration of such effects, although not essential, would help support the efficacy of the drug. (It is possible that hemodynamic effects were not demonstrable because of the drug-food interaction that likely reduced celiprolol exposure [see below]).

### *CLINICAL PHARMACOLOGY*



Reference ID: 4453218

CONFIDENTIAL                                                                                          ACER_0002672

NDA 211597
Page 4



### NON-CLINICAL

CONFIDENTIAL

ACER_0002673

NDA 211597
Page 5

Within one year after the date of this letter, you are required to resubmit or take other actions available under 21 CFR 314.110. If you do not take one of these actions, we may consider your lack of response a request to withdraw the application under 21 CFR 314.65. You may also request an extension of time in which to resubmit the application.

A resubmission must fully address all the deficiencies listed in this letter and should be clearly marked with **"RESUBMISSION"** in large font, bolded type at the beginning of the cover letter of the submission. The cover letter should clearly state that you consider this resubmission a complete response to the deficiencies outlined in this letter. A partial response to this letter will not be processed as a resubmission and will not start a new review cycle.

You may request a meeting or teleconference with us to discuss what steps you need to take before the application may be approved. If you wish to have such a meeting, submit your meeting request as described in the draft FDA Guidance for Industry, "Formal Meetings Between the FDA and Sponsors or Applicants of PDUFA Products," December 2017 at https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM590547.

The drug product may not be legally marketed until you have been notified in writing that this application is approved.

If you have any questions, please call Maryam Changi, Regulatory Project Manager, at (240) 402-2725.

Sincerely,

*{See appended electronic signature page}*

Ellis Unger, MD
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Reference ID: 4453218

CONFIDENTIAL

ACER_0002674

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**
--------------------------------------------------------------------------------

/s/
-------------------------------------------------------------


ELLIS F UNGER
06/24/2019 11:46:17 AM

Reference ID: 4453218

CONFIDENTIAL                                                                ACER_0002675