MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 6, 2021

Writer's Direct Contact
+1 (212) 468.8203
JLevitt@mofo.com

**Via CM/ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Skiadas v. Acer Therapeutics Inc. et al.*, No., 1:19-cv-06137-GHW; Letter Requesting
     Stay and Extension of the Briefing Schedule

Dear Judge Woods:

We represent the Defendants in the above-referenced action and write, jointly with Plaintiff's
counsel, to inform the Court that the parties have reached a settlement in principle following
mediation. To provide time to negotiate and finalize the settlement papers, the parties jointly
request a sixty day stay of the case schedule (ECF No. 66), and a corresponding extension of
the schedule for Defendants' motion to dismiss the Third Amended Complaint.[1]

This is Defendants' first request for an extension. The parties request this stay and extension
to preserve the parties' and the Court's resources, to avoid burdening the Court and parties
with potentially unnecessary motion practice, and to allow the parties time to finalize the
amicable resolution of this action and file a motion for preliminary approval of the
settlement.

Respectfully submitted,

*/s/ Jamie Levitt*

Jamie Levitt

cc:    All counsel of record (via ECF)

---

[1] Pursuant to the March 1, 2021, Order, Defendants' motion to dismiss is due June 1, 2021, Plaintiff's
opposition brief is due July 1, 2021, and Defendants' reply is due July 22, 2021.  (ECF No. 108.)