USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/1/2021__

July 1, 2021

**VIA ECF**                                    **MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Skiadas v. Acer Therapeutics Inc., et al.,* Case No. 1:19-cv-06137-GHW

Dear Judge Woods:

We jointly write to provide the Court, per the Court's May 6, 2021 Order (Dkt. No. 113), with a status update on the settlement negotiations in the above-referenced action and to respectfully move the Court to extend the stay in this action for an additional sixteen (16) days, or until July 22, 2021. The stay currently expires on July 6, 2021. (*Id.*)

The parties request that the stay remain in place to allow additional time to finalize the settlement documentation. Although the parties have been diligently working on the settlement documentation and are close to a final agreement, additional time is needed to finalize the details of the settlement. The parties will use their best efforts to file the settlement agreement and preliminary approval motion as soon as possible.

This is the parties' second request to stay the action to allow time for the negotiation of the settlement documentation and for the filing of a preliminary approval motion. No other deadlines are changed by this request.

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.                   MORRISON & FOERSTER LLP

/s/*Laurence Rosen*                        /s/*Jamie A. Levitt*
Laurence Rosen                             Jamie A. Levitt
275 Madison Avenue, 40th Floor             250 West 55th Street
New York, NY 10016                         New York, New York 10019
Tel: (212) 686-1060                        Telephone: (212) 468-8000
Fax: (212) 202-3827                        Facsimile: (212) 468-7900
Email: lrosen@rosenlegal.com               Email: JLevitt@mofo.com

*Lead Counsel for Lead Plaintiff*          *Counsel for Defendants Acer Therapeutics*
*and the Class*                            *Inc., Chris Schelling, and Harry Palmin*

cc: All counsel (via ECF)

Application granted in part. The parties' July 1, 2021 request to extend the stay, Dkt. No. 114, is granted. The case is stayed until July 29, 2021. The parties are directed to submit a joint status letter no later than July 22, 2021. The Clerk of Court is directed to note the stay of this case until July 16, 2021 and to terminate the motion pending at Dkt. No. 114.

SO ORDERED.

Dated: July 1, 2021                        _____
New York, New York                         GREGORY H. WOODS
                                           United States District Judge