UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        V.<br><br>ACER THERAPEUTICS INC., CHRIS SCHELLING, AND HARRY PALMIN,<br><br>    Defendants. | Case No. 1:19-cv-06137-GHW<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

PLEASE TAKE NOTICE that Lead Plaintiff Nicholas Skiadas ("Lead Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Gregory H. Woods, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 12C, New York, NY 10007, for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation and Agreement of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the Settlement; and (4) scheduling a Settlement Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Lead Plaintiff's motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

1

This motion is based on this Notice of Unopposed Motion, the Stipulation and all exhibits attached thereto, Lead Plaintiff's supporting Memorandum of Law, and the Declaration of Laurence Rosen and the exhibits attached thereto, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion. Accordingly, Lead Plaintiff requests that the Court enter the [Proposed] Order Granting Motion For Preliminary Approval of Class Action Settlement, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated:  July 21, 2021                    **THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence Rosen*
Laurence Rosen
Phillip Kim
Brian Alexander
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com
        balexander@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2021, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen

3