**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>       V.<br><br>ACER THERAPEUTICS INC., CHRIS SCHELLING, AND HARRY PALMIN,<br><br>      Defendants. | Case No. 1:19-cv-06137-GHW<br><br>CLASS ACTION |

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF THE UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a partner at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Nicholas Skiadas ("Lead Plaintiff") in this action. I make this declaration in support of Lead Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from a report by Cornerstone Research, titled *Securities Class Action Settlements: 2020 Review and Analysis.*

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review*.

Executed this 21st day of July, 2021, in New York, NY.

*/s/ Laurence Rosen*
Laurence Rosen

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Laurence Rosen*
Laurence Rosen