# EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,<br><br>     Defendants. | Case No. 1:19-cv-06137-GHW<br><br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED SECURITIES CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF ACER THERAPEUTICS INC. ("ACER") FROM SEPTEMBER 25, 2017 THROUGH JUNE 24, 2019, BOTH DATES INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a telephonic hearing will be held on _____, 202__, at __:__ _.m. before the Honorable Gregory H. Woods, United States District Judge of the Southern District of New York, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $8,350,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for attorneys' fees of up to one-third of the Settlement Amount ($2,783,333.33) plus a proportionate share of interest accrued on the Settlement Amount, Lead Counsel's reimbursement of litigation expenses incurred of not more than $200,000, and Award

1

to Lead Plaintiff of not more than $10,000, should be approved; and (4) whether the Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement, dated July 21, 2021 (the "Stipulation"). To participate in or listen to the Settlement Hearing, dial: 1-888-633-0347 and enter access code 39444610#.

If you purchased or otherwise acquired publicly traded Acer common stock between September 25, 2017 and June 24, 2019, both dates inclusive ("Settlement Class Period") and suffered compensable damages thereby, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Acer common stock. You may obtain copies of the detailed Notice of Pendency and Proposed Settlement of Securities Class Action ("Notice") and the Proof of Claim and Release Form by writing to or calling the Claims Administrator: Acer Therapeutics Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/Acer/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2021 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you are a Settlement Class Member and desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2021, in the manner and form explained in the detailed Notice. All members

of the Settlement Class who have not requested exclusion from the Settlement Class will be bound

by any judgment entered in the Action pursuant to the Stipulation.

Any objection by a Settlement Class Member to the Settlement, Plan of Allocation, Lead

Counsel's requests for an award to Lead Counsel of attorneys' fees and reimbursement of expenses

and Award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and

received no later than _____, 2021, by each of the following:

Clerk of the Court
United States Southern District Court
District of New York
500 Pearl Street
New York, NY 10007

| LEAD COUNSEL: | COUNSEL FOR DEFENDANTS: |
|:---:|:---:|
| THE ROSEN LAW FIRM, P.A. | MORRISON & FOERSTER LLP |
| Brian Alexander | Jamie Levitt |
| 275 Madison Avenue | 250 West 55th Street |
| 40th Floor | New York, NY 10019 |
| New York, NY 10016 | |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Brian Alexander
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
balexander@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: _____, 2021

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

3