```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICHOLAS SKIADAS, *individually and on behalf of all* :
*others similarly situated*, :
                                                                    :
                                          Plaintiffs, :     1:19-cv-6137-GHW
                                                                    :
               -against- :        ORDER
                                                                    :
ACER THERAPEUTICS INC., CHRIS :
SCHELLING, and HARRY PALMIN :
                                                                    :
                                               Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On August 11, 2021, the Court granted preliminary approval of the settlement of this class action. Dkt. No. 125. Accordingly, the post-discovery status conference scheduled for August 31, 2021 is adjourned *sine die.*

       SO ORDERED.

Dated: August 30, 2021  
New York, New York

                                                                                                  GREGORY H. WOODS  
                                                                              United States District Judge