# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      V.<br><br>ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,<br><br>      Defendants. | Case No. 1:19-cv-06137-GHW<br><br>CLASS ACTION |

## NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF

PLEASE TAKE NOTICE that, pursuant to the Order Granting Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 125), on January 7, 2022 at 12:00 p.m., before the Honorable Gregory H. Woods, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 12C, New York, NY 10007, Lead Plaintiff Nicholas Skiadas, will and hereby does move the Court for entry of an Order awarding attorneys' fees in the amount of one-third of the $8,350,000 Settlement Amount, reimbursement of litigation expenses, an Award to Lead Plaintiff.[1]

This motion is based on this Notice of Motion; the Memorandum of Law in Support thereof; the Declaration of Laurence Rosen in Support of the Motions for: (I) Final Approval of Class Action Settlement and Plan of Allocation; and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

A proposed order is submitted herewith.

Dated: December 10, 2021    Respectfully submitted,

           **THE ROSEN LAW FIRM, P.A.**

           By: /s/ *Laurence Rosen*
           Laurence Rosen
           Phillip Kim
           Brian B. Alexander
           275 Madison Avenue, 40th Floor
           New York, NY 10016
           Tel: (212) 686-1060
           Fax: (212) 202-3827

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement dated July 21, 2021 (Dkt. No. 123).

Email: lrosen@rosenlegal.com
pkim@rosenlegal.com
balexander@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen