# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> V. <br><br> ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN, <br><br> Defendants. | Case No. 1:19-cv-06137-GHW <br><br> CLASS ACTION |

## DECLARATION OF LEAD PLAINTIFF NICHOLAS SKIADAS

I, Nicholas Skiadas, declare as follows:

1. I am the Lead Plaintiff in this case.[1] I respectfully submit this declaration in support of the motions for: (i) final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) an award of attorneys' fees and reimbursement of litigation expenses, and reimbursement of my reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of the Action.

2. I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the amended Stipulation and Agreement of Settlement, dated July 21, 2021 (Dkt. No. 123).

## I.      LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.      I am a board certified cardiologist based in Florida. I earned my undergraduate degree from The Johns Hopkins University and my medical degree from the Sidney Kimmel Medical College. I completed residency at Drexel University College of Medicine and fellowship at Dartmouth College and Dartmouth-Hitchcock Medical Center.

4.      I am a sophisticated investor. I have been investing in the stock market for over 20 years. Given my medical background, I like to invest in biotechnology.

5.      I have been actively involved in the prosecution of this case since learning about its pendency and filing a lead plaintiff motion. On September 25, 2019, the Court appointed me as the Lead Plaintiff. (Dkt. No. 24).

6.      As Lead Plaintiff, I have worked closely with Lead Counsel, The Rosen Law Firm, P.A. ("Rosen Law"), regarding all aspects of the litigation and the resolution thereof.

7.      Throughout my involvement in this litigation, I received routine status reports from Rosen Law on case developments, and participated in discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) conducted my own research and investigation and provided and discussed my findings to my attorneys; (c) produced documents to my attorneys; (d) reviewed all significant pleadings and briefs filed in the Action; (e) consulted with my attorneys regarding the settlement negotiations; and (f) evaluated and approved the proposed Settlement.

## II.      APPROVAL OF THE SETTLEMENT

8.      Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation. I have evaluated the risks of continued litigation and trial, including the risk of no recovery at all, and, in light of that evaluation, authorized the

attorneys at Rosen Law to settle the Action on the terms set forth in the Stipulation.  I believe the

Settlement is fair and reasonable, represents an exceptional result, and is in the best interest of

the Settlement Class.  Accordingly, I strongly endorse approval of the Settlement by the Court.

### III.   LEAD COUNSEL'S REQUEST FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

9.     I believe that Lead Counsel's request for an award of attorneys' fees in the

amount of one-third of the $8,350,000 Settlement Amount is fair and reasonable in light of the

result and work Lead Counsel performed on behalf of the Settlement Class. I have evaluated

Lead Counsel's fee request by considering the work performed, the recovery obtained for the

Settlement Class, and the risks of continued litigation, and have authorized this fee request for

the Court's ultimate determination.

10.     I further believe that the litigation expenses that Lead Counsel have requested

reimbursement for are reasonable, and represent costs and expenses necessary for the

prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent

with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I

fully support Lead Counsel's request for an award of attorneys' fees and reimbursement of

litigation expenses.

11.     I understand that reimbursement of a class representative's reasonable costs and

expenses is authorized under the PSLRA, 15 U.S.C. §78u-4(a)(4).  For this reason, in connection

with Lead Counsel's request for reimbursement of litigation expenses, I am seeking

reimbursement for the costs and expenses that I incurred directly relating to my representation of

the Settlement Class in the Action.

12.     The time that I devoted to the representation of the Settlement Class in this Action

was time that I otherwise would have spent at my job as a doctor or engaged in other activities

and, thus, represented a cost to me. My current rate as a cardiologist is about $460 per hour. I seek reimbursement in the amount of $10,000 for the time I devoted to participating in the Action. I make this request based on the conservative effort that I devoted over 25 hours in the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable.

## IV.    CONCLUSION

13.    In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Settlement Class. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve the: (a) motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___12/9/2021___, in Jacksonville, Florida.

DocuSigned by:

_____
5CDDACEBB03B45B...
Nicholas Skiadas

4