# EXHIBIT 8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

KEVIN M. DOTTS and KEITH SOLDAN

Defendants.

Case No. 1:19-cv-05362-PGG

<u>CLASS ACTION</u>

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES, <u>REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF</u>

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel has petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this Action, and an award to Lead Plaintiff, to be paid out of the Settlement Fund;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated June 8, 2020 and filed with the Court on June 10, 2020 (the "Settlement Stipulation") (ECF No. 50); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the Settlement Hearing on May 20, 2021, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Lead Counsel is hereby awarded attorneys' fees totaling 28% of the Settlement Amount (or $224,000) plus reimbursement of out-of-pocket litigation expenses in the amount of

$25,051.08, together with interest earned thereon at the rate earned by the Settlement Fund until paid. The Court finds that the amount of fees and expenses awarded is fair and reasonable.

2.      Lead Counsel may allocate the attorneys' fees and expenses reimbursement to other counsel based on their contribution to the prosecution of this Action.

3.      Lead Plaintiff shall be awarded $10,000 as reimbursement for his lost time and expenses in connection with the prosecution of this Action.

4.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated: _____May 20_____, 2021

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE