# EXHIBIT 9

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>Defendants. | Case No. 1:19-cv-04433-GBD<br><br>CLASS ACTION |

**[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS**

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel has petitioned the Court for an award of attorneys' fees in compensation for services provided to Plaintiffs and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this Action, and an award to Plaintiffs, to be paid out of the Settlement Fund;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated March 23, 2021 (the "Settlement Stipulation") (ECF No. 67); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the Settlement Fairness Hearing on ~~July 29, 2021~~ August 4, 2021, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Lead Counsel is hereby awarded attorneys' fees totaling  33 ⅓ % of the Settlement Amount plus reimbursement of out-of-pocket litigation expenses in the amount of

$ 48,049.04 , together with interest earned thereon at the rate earned by the Settlement Fund until paid. The Court finds that the amount of fees and expenses awarded is fair and reasonable.

2. Lead Plaintiff Richard Rupp shall be awarded $ 10,000.00 , and Named Plaintiff Rodrigo Leal shall be awarded $ 5,000.00 , as reimbursement for their lost time and expenses in connection with the prosecution of this Action.

3. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated: August 4, 2021

_George B. Daniel_
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE