UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS SKIADAS, *individually and on behalf of all others similarly situated*,

                          Plaintiffs,

              -against-

ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN,

                          Defendants.

Case No. 1:19-CV-6137-GHW

**DECLARATION OF JAMIE A. LEVITT REGARDING NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

I, Jamie A. Levitt, declare:

I am an attorney admitted to practice before the United States District Court for the Southern District of New York and a partner in the law firm of Morrison & Foerster LLP, counsel to Defendants Acer Therapeutics Inc., Chris Schelling, and Harry Palmin. Unless stated otherwise, I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently thereto.

1.      On July 30, 2021, Morrison & Foerster LLP staff acting at my direction served notice, pursuant to 28 U.S.C. § 1715, of the proposed settlement of the above-captioned class action on the individuals listed in the Certificate of Service attached hereto as **Exhibit A**.

2.      The waiting period required under 28 U.S.C. § 1715(d) has elapsed, as more than 90 days have passed since the service of the notice described in paragraph 1.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 29th day of December 2021 in New York, New York.

                              */s/ Jamie A. Levitt*
                              Jamie A. Levitt