# EXHIBIT A

## CERTIFICATE OF SERVICE BY MAIL
### (Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 250 West 55th Street, New York, New York 10019; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with United Parcel Service ("UPS") and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with UPS on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. §1715**

**CAFA MATERIAL [CD]**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing by UPS with tracking, at Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019, in accordance with Morrison & Foerster's ordinary business practices. Pursuant to the instructions provided by the Office of Attorney General William Tong, the aforementioned documents were served on the Connecticut Office of the Attorney General via email at AG.CAFA@CT.GOV.

Service List (attached)

I declare under penalty of perjury that the above is true and correct.

Executed at New York, NY this 30th day of July, 2021.

|  |  |
|---|---|
| Ashley M. Stephenson | */s/ Ashley M. Stephenson* |
| (typed) | (signature) |

| SERVICE LIST | |
|---|---|
| **MERRICK GARLAND**<br>ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | **KARL RACINE**<br>ATTORNEY GENERAL OF THE DISTRICT OF<br>COLUMBIA<br>6TH STREET, NW<br>WASHINGTON, DC 20001 |
| **STEVE MARSHALL**<br>ATTORNEY GENERAL OF ALABAMA<br>P.O. BOX 300152<br>MONTGOMERY, AL 36130-0152 | **ROB BONTA**<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 "I" STREET<br>SACRAMENTO, CA 95814-2919 |
| **TREG TAYLOR**<br>ATTORNEY GENERAL OF ALASKA<br>1031 WEST 4TH AVE., SUITE 200<br>ANCHORAGE, AK 99501 | **CAFA COORDINATOR**<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMER LAW SECTION<br>455 GOLDEN GATE AVE., STE. 11000<br>SAN FRANCISCO, CA 94102 |
| **MARK BRNOVICH**<br>ATTORNEY GENERAL OF ARIZONA<br>2005 N. CENTRAL AVENUE<br>Phoenix, AZ 85004-2926 | **PHIL WEISER**<br>ATTORNEY GENERAL OF COLORADO<br>RALPH L. CARR JUDICIAL BUILDING<br>1300 BROADWAY, 10TH FLOOR<br>DENVER, CO 80203 |
| **LESLIE RUTLEDGE**<br>ATTORNEY GENERAL OF ARKANSAS<br>323 CENTER STREET, SUITE 200<br>LITTLE ROCK, ARKANSAS 72201 | **WILLIAM TONG**<br>ATTORNEY GENERAL OF CONNECTICUT<br>AG.CAFA@CT.GOV<br>55 ELM STREET<br>HARTFORD, CT 06106 |
| **CHRISTOPHER CARR**<br>ATTORNEY GENERAL OF GEORGIA<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334 | **KATHY JENNINGS**<br>ATTORNEY GENERAL OF DELAWARE<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 |
| **CLARE E. CONNORS**<br>ATTORNEY GENERAL OF HAWAII<br>425 QUEEN STREET<br>HONOLULU, HI 96813 | **THOMAS MILLER**<br>ATTORNEY GENERAL OF IOWA<br>HOOVER STATE OFFICE BUILDING<br>1305 E. WALNUT STREET<br>DES MOINES, IA 50319 |
| **LAWRENCE WASDEN**<br>ATTORNEY GENERAL OF IDAHO<br>700 W. JEFFERSON STREET, SUITE 210<br>P.O. BOX 83720<br>BOISE, ID 83720-0010 | **DEREK SCHMIDT**<br>ATTORNEY GENERAL OF KANSAS<br>120 SW 10TH AVENUE, 2ND FLOOR<br>TOPEKA, KS 66612 |

CERTIFICATE OF SERVICE
CASE NO. 1:19-CV-6137-GHW

1

| | |
|---|---|
| **KWAME RAOUL**<br>ATTORNEY GENERAL OF ILLINOIS<br>100 W. RANDOLPH STREET<br>CHICAGO, IL 60601 | **DANIEL CAMERON**<br>ATTORNEY GENERAL OF KENTUCKY<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT, KY 40601-3449 |
| **TODD ROKITA**<br>ATTORNEY GENERAL OF INDIANA<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON STREET, 5TH FLOOR<br>INDIANAPOLIS, IN 46204 | **JEFF LANDRY**<br>ATTORNEY GENERAL OF LOUISIANA<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804 |
| **BRIAN E. FROSH**<br>ATTORNEY GENERAL OF MARYLAND<br>200 ST. PAUL PLACE<br>BALTIMORE, MD 21202 | **AARON FREY**<br>ATTORNEY GENERAL OF MAINE<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333 |
| **MAURA HEALEY**<br>ATTORNEY GENERAL OF MASSACHUSETTS<br>ATTN: CAFA COORDINATOR/GENERAL COUNSEL'S<br>OFFICE<br>ONE ASHBURTON PLACE<br>BOSTON, MA 02108 | **ERIC SCHMITT**<br>ATTORNEY GENERAL OF MISSOURI<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>P.O. BOX 899<br>JEFFERSON CITY, MO 65102 |
| **DANA NESSEL**<br>ATTORNEY GENERAL OF MICHIGAN<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST.<br>P.O. BOX 30212<br>LANSING, MI 48909 | **AUSTIN KNUDSEN**<br>ATTORNEY GENERAL OF MONTANA<br>JUSTICE BUILDING, THIRD FLOOR<br>215 N. SANDERS<br>P.O. BOX 201401<br>HELENA, MT 59620-1401 |
| **KEITH ELLISON**<br>ATTORNEY GENERAL OF MINNESOTA<br>445 MINNESOTA ST., STE. 1400<br>ST. PAUL, MN 55101 | **DOUG PETERSON**<br>ATTORNEY GENERAL OF NEBRASKA<br>2115 STATE CAPITOL<br>P.O. BOX 98920<br>LINCOLN, NE 68509 |
| **LYNN FITCH**<br>ATTORNEY GENERAL OF MISSISSIPPI<br>P.O. BOX 220<br>JACKSON, MS 39205 | **AARON FORD**<br>ATTORNEY GENERAL OF NEVADA<br>100 N. CARSON ST.<br>CARSON CITY, NV 89701 |
| **ASHLEY MOODY**<br>ATTORNEY GENERAL OF FLORIDA<br>THE CAPITOL PL-01<br>TALLAHASSEE, FL 32399-1050 | **JOHN FORMELLA**<br>ATTORNEY GENERAL OF NEW HAMPSHIRE<br>33 CAPITOL STREET<br>CONCORD, NH 03301 |

CERTIFICATE OF SERVICE
CASE NO. 1:19-CV-6137-GHW

2

| | |
|---|---|
| **GURBIR S. GREWAL**<br>ATTORNEY GENERAL OF NEW JERSEY<br>RJ HUGHES JUSTICE COMPLEX,<br>25 MARKET STREET, BOX 080<br>TRENTON, NJ 08625-0080 | **WAYNE STENEHJEM**<br>ATTORNEY GENERAL OF NORTH DAKOTA<br>STATE CAPITOL<br>600 E. BOULEVARD AVENUE, DEPT. 125<br>BISMARCK, ND 58505 |
| **HECTOR BALDERAS**<br>ATTORNEY GENERAL OF NEW MEXICO<br>P.O. DRAWER 1508<br>SANTA FE, NM 87504-1508 | **DAVE YOST**<br>ATTORNEY GENERAL OF OHIO<br>STATE OFFICE TOWER<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS, OH 43215 |
| **LETITIA JAMES**<br>ATTORNEY GENERAL OF NEW YORK<br>THE CAPITOL, 2ND FLOOR<br>ALBANY, NY 12224-0341 | **DAWN CASH**<br>ATTORNEY GENERAL OF OKLAHOMA<br>313 NE 21ST STREET<br>OKLAHOMA CITY, OK 73105 |
| **JOSH STEIN**<br>ATTORNEY GENERAL OF NORTH CAROLINA<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-9001 | **ELLEN F. ROSENBLUM**<br>ATTORNEY GENERAL OF OREGON<br>OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 |
| **PETER NERONHA**<br>ATTORNEY GENERAL OF RHODE ISLAND<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | **JOSH SHAPIRO**<br>ATTORNEY GENERAL OF PENNSYLVANIA<br>STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| **ALAN WILSON**<br>ATTORNEY GENERAL OF SOUTH CAROLINA<br>P.O. BOX 11549<br>COLUMBIA, SC 29211 | **SEAN D. REYES**<br>ATTORNEY GENERAL OF UTAH<br>P.O. BOX 142320<br>SALT LAKE CITY, UT 84114-2320 |
| **JASON RAVNSBORG**<br>ATTORNEY GENERAL OF SOUTH DAKOTA<br>1302 EAST HIGHWAY 14, SUITE 1<br>PIERRE, SD 57501-8501 | **T.J. DONOVAN**<br>ATTORNEY GENERAL OF VERMONT<br>109 STATE STREET<br>MONTPELIER, VT 05609-1001 |
| **HERBERT H. SLATERY III**<br>ATTORNEY GENERAL OF TENNESSEE<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | **MARK R. HERRING**<br>ATTORNEY GENERAL OF VIRGINIA<br>202 NORTH NINTH STREET<br>RICHMOND, VA 23219 |
| **KEN PAXTON**<br>ATTORNEY GENERAL OF TEXAS<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | **BOB FERGUSON**<br>ATTORNEY GENERAL OF WASHINGTON<br>1125 WASHINGTON STREET SE<br>P.O. BOX 40100<br>OLYMPIA, WA 98504-0100 |

CERTIFICATE OF SERVICE
CASE NO. 1:19-CV-6137-GHW

| | |
|---|---|
| **JOSH KAUL**<br>ATTORNEY GENERAL OF WISCONSIN<br>WISCONSIN DEPT. OF JUSTICE<br>P.O. BOX 7857<br>MADISON, WI 53707-7857 | **PATRICK MORRISEY**<br>ATTORNEY GENERAL OF WEST VIRGINIA<br>STATE CAPITOL COMPLEX<br>BLDG. 1, ROOM E-26<br>CHARLESTON, WV 25305 |
| **BRIDGET HILL**<br>ATTORNEY GENERAL OF WYOMING<br>KENDRICK BUILDING<br>2320 CAPITOL AVENUE<br>CHEYENNE, WY 82002 | **FAINU'ULELEI ALAILIMA-UTU**<br>ATTORNEY GENERAL - AMERICAN SAMOA<br>EXECUTIVE OFFICE BUILDING, 3RD FLOOR<br>P.O. BOX 7<br>Pago Pago, American Samoa 96799 |
| **LEEVIN TAITANO CAMACHO**<br>ATTORNEY GEN. OFFICE - GUAM<br>590 S. MARINE CORPS DRIVE<br>ITC BLDG., STE. 901<br>TAMUNING, GUAM 96913 | **DENISE N. GEORGE-COUNTS**<br>DEPT. OF JUSTICE US VIRGIN ISLANDS<br>OFFICE OF THE ATTORNEY GENERAL<br>34-48 KRONPRINDSENS GADE<br>GERS BUILDING, 2ND FLOOR<br>St. Thomas, Virgin Islands 00802 |
| **DOMINGO EMANUELLI HERNÁNDEZ**<br>ATTORNEY GEN. OFFICE – PUERTO RICO<br>PO BOX 9020192<br>SAN JUAN, PUERTO RICO 00902-0192 | **EDWARD MANIBUSAN**<br>ATTORNEY GENERAL – MARIANA ISLANDS<br>ADMINISTRATION BUILDING<br>P.O. BOX 10007<br>SAIPAN, MP 96950-8907 |
| **LAURENCE ROSEN**<br>THE ROSEN LAW FIRM, P.A.<br>275 MADISON AVENUE, 40TH FLOOR<br>NEW YORK, NY 10016 | |

CERTIFICATE OF SERVICE
CASE NO. 1:19-CV-6137-GHW

4