```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
NICHOLAS SKIADAS, Individually and on Behalf                      :
of All Others Similarly Situated,                                 :
                                                                  :
                                               Plaintiffs,        :
                                                                  :
                        -v -                                      :
                                                                  :
ACER THERAPEUTICS INC., CHRIS                                     :
SCHELLING, and HARRY PALMIN,                                      :
                                                                  :
                                               Defendants.        :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2022

1:19-cv-6137-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 7, 2022, the Court entered judgment granting final approval to the class action settlement against all Defendants in this case. Dkt. No. 135. The Clerk of Court is directed to enter judgment in favor of Plaintiffs, terminate all pending motions, adjourn all remaining deadlines, and to close this case.

SO ORDERED.

Dated: March 30, 2022

_____
GREGORY H. WOODS
United States District Judge