UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICHOLAS SKIADAS, Individually and on
Behalf of All Others Similarly Situated,

                     Plaintiffs,

      -against-                                    19 **CIVIL** 6137 (GHW)

                                                      **JUDGMENT**

ACER THERAPEUTICS INC., CHRIS
SCHELLING, and HARRY PALMIN,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2022, the Court entered judgment granting final approval to the class action settlement against all Defendants in this case on January 7, 2022. Judgment is hereby entered in favor of Plaintiffs; accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2022

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court

                                   **BY:**
                                                           **Deputy Clerk**