**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
Brian B. Alexander
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
balexander@rosenlegal.com

*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN, <br><br> Defendants. | No.: 1:19-cv-06137-GHW <br><br> CLASS ACTION |

## NOTICE OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Lead

Plaintiff Nicholas Skiadas ("Lead Plaintiff"), through Lead Counsel, hereby moves this Court for

entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class

Distribution Order").[1]  Among other things, the Class Distribution Order: (i) approves the Claims

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation of Settlement dated July 21, 2021 and filed with the Court on August 6, 2021 (Dkt. No. 123).

Administrator's recommendations accepting and rejecting Claims submitted in the Action; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law, the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process, and the exhibits thereto.

Federal Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Class Distribution Order.

Dated: August 10, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/*Laurence Rosen*
Laurence Rosen
Phillip Kim
Brian B. Alexander
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
pkim@rosenlegal.com
balexaner@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Settlement Class*