**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS SKIADAS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-06137-GHW |
| Plaintiff, | |
| v. | |
| ACER THERAPEUTICS INC., CHRIS SCHELLING, and HARRY PALMIN, | |
| Defendants | |

**DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS**

I, Josephine Bravata, declare:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four-hundred fifty (450) class action settlements since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

**UPDATE ON THE NOTIFICATION PROCESS**

2.    Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated August 11, 2021 (the "Preliminary Approval Order") (Dkt. No. 125),

1

SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-captioned action.[1]

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated December 10, 2021 and the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections, dated December 29, 2021 (the "Bravata Declarations") (Dkt. No. 132-2 and 134-1), SCS mailed or emailed 1,299 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 5,609 Notice and Claim Forms to potential Class Members or nominees.  Additionally, as stated in the Bravata Declarations, SCS emailed a direct link of the Notice and Claim Form to the webpage to four email addresses provided by two nominees and SCS was notified by one of the nominees that they emailed 1,740 of their customers to notify them of this settlement and provided the link to the Notice and Claim Form.  Since the Bravata Declarations were filed, no additional Notice and Claim Forms were mailed and no additional direct links to the settlement webpage for the Notice and Claim Form were emailed due to the responses from Nominee Account Holders and Institutional Groups.  In total, 7,353 Notice and Claims Forms were either mailed or emailed.

## UPDATE ON TOLL-FREE PHONE LINE

4.      The Bravata Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 21, 2021 (the "Stipulation") (Dkt. No. 123).

Settlement. SCS continues to promptly respond to each telephone inquiry and will continue to address Settlement Class Members inquiries.

**UPDATE ON SETTLEMENT WEBSITE**

5.        The Bravata Declarations also noted that on August 25, 2021, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/Acer/.  The webpage is accessible 24 hours a day, 7 days a week.  SCS continues to maintain the webpage.  The webpage contains the current status; the case deadlines; the online claim filing link; and the important documents.

**STATUS OF CLAIMS PROCESSING**

6.        Through April 28, 2022, 714 Claim Forms (hereafter referred to as "claims") were submitted in connection with this settlement.[2]  SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all claimant inquiries regarding the action, the settlement and the procedures for filling out the Claim Forms.  SCS has also been in close contact with Lead Counsel to review the administration process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.        The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.        PROPERLY DOCUMENTED CLAIMS:   SCS   has   identified   247[3] properly documented valid claims.  These valid claims represent Recognized Losses of

---

[2] SCS has not processed any claims filed after April 28, 2022, or any responses to rejections received after August 5, 2022, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

[3] This number includes 240 timely filed valid claims and 7 late but otherwise valid claims.

$37,930,306.09[4]. These valid claims were calculated in the manner set forth in the Court-approved Plan of Allocation of the Net Settlement Fund ("Plan of Allocation"), included in the Notice. **Exhibit B-1** is a spreadsheet of the 240 properly documented and timely submitted claims. **Exhibit B-2** is a spreadsheet of the 7 claims submitted after the Court-approved claims filing deadline, December 8, 2021, and on or before April 28, 2022.

      b.     INADEQUATELY DOCUMENTED CLAIMS: SCS initially identified 25 inadequately documented claims. SCS mailed or emailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**. Among these 25 deficient claims, 11 have been successfully cured and are considered valid. The remaining 14 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy. To date, none of the 14 inadequate claimants has objected to or contested this determination. *See* **Exhibit D** for a list of the inadequate, rejected claimants.

      c.     INELIGIBLE CLAIMS: In addition to the 14 claims discussed above in paragraph 7.b., SCS has identified 453 claims which we recommend for complete rejection. Included in this category are: (i) claims with no Recognized Losses; (ii) claims with common stock of Acer Therapeutics Inc. ("Acer") purchased outside of the Settlement Class Period; (iii) duplicate claims; (iv) common stock of Acer that were not purchased or otherwise acquired, but were received, granted by gift, inheritance, or operation of law; (v)

---

[4] This amount includes Recognized Losses for timely filed, valid claims of $36,946,411.62 and Recognized Losses for late (but otherwise valid) claims of $983,894.47.

claims with shares sold short; (vi) claims withdrawn by filing entity; and (vii) claims filed for securities other than Acer common stock. *See* **Exhibit E** for a list of these ineligible claims. We have communicated with these 453 claimants and advised them of our determination. A sample ineligibility notice is annexed hereto as **Exhibit F**. To date, none of these ineligible claimants has contested their determination.

8.      In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after April 28, 2022, and any responses to deficiency and/or rejection notices received after August 5, 2022.

9.      Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following:

(a)      Per the Plan of Allocation, each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total of the Recognized Losses of all 240 Authorized Claimants and 7 late claims, if the late claims are deemed valid by the Court. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

(b)      In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)      If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of

the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.  If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

(d)    Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown.  The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

(e)    SCS respectfully requests the Court order that: (i) in no less than one (1) year after the distribution of the Net Settlement Fund, we may destroy the paper copies of the Claim Forms and all supporting documentation; and (ii) in no less than one (1) year after all funds have been distributed, we may destroy the electronic copies of the Claim

Forms and all supporting documentation.  This is the customary document retention period SCS uses to prevent additional costs to the Settlement Class for storage expenses and related fees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of August 2022, in Media, Pennsylvania.

Josephine Bravata

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## ACER THERAPEUTICS INC. SECURITIES LITIGATION

TOTAL # OF CLAIMS……………………………………………………… <u>714</u>

TOTAL # OF APPROVED VALID CLAIMS………………………………… <u>247</u>

TOTAL # OF INELIGIBLE CLAIMS……………………………….....  <u>467</u>

       NO RECOGNIZED LOSSES........................................204
       PURCHASED OUTSIDE CLASS PERIOD...................159
       DUPLICATE CLAIMS ....................................................54
       SHARES NOT PURCHASED .........................................18
       INADEQUATE DOCUMENTATION ............................14
       SHARES SOLD SHORT..................................................13
       CLAIMS WITHDRAWN ..................................................3
       WRONG STOCK ..............................................................2

       TOTAL .........................................................<u>467</u>

TOTAL RECOGNIZED LOSSES ...........................................................$37,930,306.09

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 1 | 7,558.00 |
| 2 | 226.95 |
| 3 | 5,673.75 |
| 4 | 30,260.00 |
| 5 | 3,782.50 |
| 6 | 5,632.00 |
| 7 | 15,130.00 |
| 9 | 3,026.00 |
| 14 | 7,138.45 |
| 15 | 10,580.00 |
| 16 | 78,676.00 |
| 17 | 11,561.00 |
| 18 | 5,814.00 |
| 20 | 1,513.00 |
| 22 | 6,052.00 |
| 23 | 9,078.00 |
| 24 | 2,661.82 |
| 26 | 45,390.00 |
| 27 | 15,130.00 |
| 28 | 30,260.00 |
| 29 | 84,268.76 |
| 30 | 30.26 |
| 31 | 907.80 |
| 36 | 75.65 |
| 37 | 151.30 |
| 38 | 1,513.00 |
| 40 | 378.12 |
| 41 | 15.13 |
| 43 | 74.65 |
| 44 | 543.88 |
| 45 | 319.50 |
| 46 | 6,177.04 |
| 48 | 620.33 |
| 50 | 12,901.50 |
| 51 | 15,130.00 |
| 53 | 1,361.70 |
| 55 | 4,539.00 |
| 56 | 13,316.54 |
| 57 | 3,324.00 |
| 58 | 2,723.40 |
| 59 | 2,730.00 |
| 60 | 1,406.48 |
| 61 | 1,286.05 |
| 62 | 7,360.00 |
| 63 | 71.20 |
| 65 | 166.43 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**             **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 66 | 1,513.00 |
| 68 | 252.41 |
| 69 | 247.22 |
| 70 | 2,939.00 |
| 71 | 126.38 |
| 72 | 42.81 |
| 76 | 932.64 |
| 78 | 5,673.75 |
| 80 | 24,979.63 |
| 81 | 4,886.99 |
| 82 | 33,152.40 |
| 83 | 7,640.65 |
| 85 | 393.38 |
| 86 | 1,513.00 |
| 87 | 3,026.00 |
| 92 | 15.13 |
| 95 | 2,269.50 |
| 96 | 6,022.50 |
| 97 | 34,186.08 |
| 98 | 40,084.85 |
| 102 | 1,729,854.74 |
| 105 | 1,237.62 |
| 107 | 61,401.57 |
| 109 | 7,275.63 |
| 114 | 121.04 |
| 127 | 5,269.02 |
| 128 | 410,677.99 |
| 129 | 302,600.00 |
| 130 | 802,166.96 |
| 131 | 51,589.71 |
| 139 | 710,483.51 |
| 144 | 3,279.20 |
| 152 | 58,084.07 |
| 153 | 22,930.53 |
| 165 | 112,945.45 |
| 168 | 5,250.11 |
| 170 | 6,157.91 |
| 176 | 56,586.20 |
| 177 | 68,735.59 |
| 178 | 10,727.17 |
| 179 | 998.58 |
| 182 | 69,234.88 |
| 186 | 62,620.91 |
| 188 | 19,857.61 |
| 190 | 68,639.72 |
| 192 | 2,821.98 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 193 | 1,513.00 |
| 194 | 3,026.00 |
| 198 | 1,141,755.19 |
| 199 | 2,657,101.99 |
| 200 | 7,353,919.86 |
| 201 | 1,022,533.14 |
| 202 | 343,825.45 |
| 203 | 9,021.12 |
| 212 | 10,282.04 |
| 213 | 1,606.81 |
| 216 | 92,293.00 |
| 220 | 1,513.00 |
| 222 | 28,353.62 |
| 226 | 42,454.78 |
| 229 | 12,104.00 |
| 231 | 211,320.71 |
| 246 | 287.47 |
| 247 | 453.90 |
| 264 | 37,067.91 |
| 270 | 6,187.97 |
| 272 | 5,526.49 |
| 293 | 22,695.00 |
| 294 | 75,650.00 |
| 295 | 1,513.00 |
| 296 | 2,743.93 |
| 297 | 756.50 |
| 304 | 10,742.30 |
| 313 | 4,523.87 |
| 322 | 11,794.42 |
| 323 | 32,729.02 |
| 324 | 37,910.99 |
| 325 | 66,324.77 |
| 326 | 15,365.85 |
| 333 | 1,175,368.24 |
| 337 | 244,426.41 |
| 347 | 271,467.73 |
| 350 | 11,907.31 |
| 354 | 79,154.08 |
| 358 | 771.63 |
| 359 | 12,103.42 |
| 361 | 1,766,250.00 |
| 366 | 202,836.96 |
| 368 | 2,189,539.29 |
| 375 | 151.30 |
| 377 | 6,052.00 |
| 379 | 1,513.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 380 | 31,016.50 |
| 381 | 90,780.00 |
| 382 | 19,669.00 |
| 384 | 13,617.00 |
| 385 | 164,006.85 |
| 386 | 321,209.39 |
| 387 | 1,513.00 |
| 388 | 6,052.00 |
| 389 | 272.34 |
| 393 | 12,393.60 |
| 394 | 3,519.90 |
| 395 | 1,415.30 |
| 397 | 3,492.90 |
| 399 | 4,539.00 |
| 400 | 756.50 |
| 402 | 6,052.00 |
| 403 | 1,513.00 |
| 404 | 4,539.00 |
| 405 | 1,513.00 |
| 406 | 3,026.00 |
| 407 | 4,539.00 |
| 408 | 2,103.07 |
| 409 | 7,565.00 |
| 412 | 3,026.00 |
| 413 | 2,269.50 |
| 414 | 1,013.71 |
| 415 | 2,269.50 |
| 418 | 15,130.00 |
| 421 | 1,513.00 |
| 422 | 22,695.00 |
| 423 | 84,992.68 |
| 428 | 7,565.00 |
| 429 | 14,222.20 |
| 431 | 1,513.00 |
| 432 | 6,052.00 |
| 433 | 29,448.00 |
| 434 | 9,834.50 |
| 438 | 33,286.00 |
| 439 | 57,624.59 |
| 440 | 17,100.00 |
| 442 | 24,754.93 |
| 444 | 55,911.10 |
| 445 | 1,618.91 |
| 449 | 4,024.58 |
| 453 | 8,001.84 |
| 456 | 383.39 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 464 | 4,342.31 |
| 465 | 22,619.35 |
| 490 | 1,450,726.50 |
| 491 | 852,208.88 |
| 495 | 65,239.34 |
| 496 | 132,459.41 |
| 497 | 222,434.66 |
| 498 | 13,570.85 |
| 499 | 789,649.83 |
| 502 | 133,684.39 |
| 505 | 122,045.00 |
| 507 | 43,953.16 |
| 509 | 20,455.76 |
| 510 | 6,203.30 |
| 514 | 3,558,715.31 |
| 526 | 253,019.71 |
| 544 | 31.75 |
| 558 | 3,960.00 |
| 576 | 13,699.89 |
| 579 | 62,928.59 |
| 580 | 48,012.26 |
| 581 | 1,104.49 |
| 589 | 10,223.50 |
| 590 | 1,579.20 |
| 591 | 1,331.44 |
| 592 | 2,256.00 |
| 593 | 45,246.02 |
| 628 | 651,592.23 |
| 642 | 150,445.00 |
| 646 | 311,138.00 |
| 647 | 11,593.10 |
| 648 | 4,236.40 |
| 649 | 14,208.20 |
| 650 | 126,335.50 |
| 652 | 14,290.00 |
| 653 | 9,021.00 |
| 658 | 4,065.00 |
| 659 | 3,481.88 |
| 663 | 188.10 |
| 664 | 30,358.06 |
| 667 | 4,901.10 |
| 668 | 37,825.00 |
| 669 | 756.50 |
| 670 | 22,695.00 |
| 671 | 5,975.44 |
| 672 | 4,242.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 674 | 88,983.69 |
| 675 | 173,291.82 |
| 676 | 177,598.18 |
| 677 | 53,302.84 |
| 679 | 39,927.18 |
| 694 | 1,457,601.19 |
| 697 | 10,220.00 |
| 709 | 20,381.95 |
| 713 | 316.14 |
| 714 | 21,968.76 |
| **Total**    **240** | **$36,946,411.62** |

**LATE, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-2**

| Claim # | Recognized Losses |
|---|---|
| 683 | 4,242.00 |
| 686 | 419,383.50 |
| 688 | 258,647.35 |
| 689 | 258,647.35 |
| 695 | 26,758.08 |
| 696 | 2,646.19 |
| 708 | 13,570.00 |
| **Total** **7** | **$983,894.47** |

Acer Therapeutics Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**   10                                        **May 9, 2022**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Documentation* was not provided. In order to process your claim we require: (1) any transactions of Acer Therapeutics Inc. ("Acer") publicly-traded common stock during the period from September 25, 2017 and September 20, 2019, inclusive; (2) proof of holdings of Acer publicly-traded common stock at the close of trading on September 24, 2017; and (3) proof of holdings of Acer publicly-traded common stock at the close of trading on September 20, 2019. | 286 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Acer Therapeutics Inc. ("Acer") publicly-traded common stock during the period from September 25, 2017 and September 20, 2019, inclusive; (2) proof of holdings of Acer publicly-traded common stock at the close of trading on September 24, 2017; and (3) proof of holdings of Acer publicly-traded common stock at the close of trading on September 20, 2019.

**INADEQUATELY DOCUMENTED CLAIMS**                                    **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 10 | INADEQUATELY DOCUMENTED CLAIM |
| 11 | INADEQUATELY DOCUMENTED CLAIM |
| 13 | INADEQUATELY DOCUMENTED CLAIM |
| 25 | INADEQUATELY DOCUMENTED CLAIM |
| 154 | INADEQUATELY DOCUMENTED CLAIM |
| 155 | INADEQUATELY DOCUMENTED CLAIM |
| 156 | INADEQUATELY DOCUMENTED CLAIM |
| 369 | INADEQUATELY DOCUMENTED CLAIM |
| 370 | INADEQUATELY DOCUMENTED CLAIM |
| 371 | INADEQUATELY DOCUMENTED CLAIM |
| 372 | INADEQUATELY DOCUMENTED CLAIM |
| 681 | INADEQUATELY DOCUMENTED CLAIM |
| 685 | INADEQUATELY DOCUMENTED CLAIM |
| 701 | INADEQUATELY DOCUMENTED CLAIM |

**Total**                                                    **14**

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 8 | NO RECOGNIZED LOSSES |
| 12 | NO RECOGNIZED LOSSES |
| 19 | NO RECOGNIZED LOSSES |
| 21 | PURCHASED OUTSIDE CLASS PERIOD |
| 32 | NO RECOGNIZED LOSSES |
| 33 | NO RECOGNIZED LOSSES |
| 34 | NO RECOGNIZED LOSSES |
| 35 | NO RECOGNIZED LOSSES |
| 39 | NO RECOGNIZED LOSSES |
| 42 | NO RECOGNIZED LOSSES |
| 47 | DUPLICATE CLAIM |
| 49 | NO RECOGNIZED LOSSES |
| 52 | NO RECOGNIZED LOSSES |
| 54 | NO RECOGNIZED LOSSES |
| 64 | NO RECOGNIZED LOSSES |
| 67 | NO RECOGNIZED LOSSES |
| 73 | NO RECOGNIZED LOSSES |
| 74 | NO RECOGNIZED LOSSES |
| 75 | NO RECOGNIZED LOSSES |
| 77 | NO RECOGNIZED LOSSES |
| 79 | PURCHASED OUTSIDE CLASS PERIOD |
| 84 | NO RECOGNIZED LOSSES |
| 88 | NO RECOGNIZED LOSSES |
| 89 | PURCHASED OUTSIDE CLASS PERIOD |
| 90 | PURCHASED OUTSIDE CLASS PERIOD |
| 91 | DUPLICATE CLAIM |
| 93 | NO RECOGNIZED LOSSES |
| 94 | PURCHASED OUTSIDE CLASS PERIOD |
| 99 | NO RECOGNIZED LOSSES |
| 100 | PURCHASED OUTSIDE CLASS PERIOD |
| 101 | NO RECOGNIZED LOSSES |
| 103 | NO RECOGNIZED LOSSES |
| 104 | NO RECOGNIZED LOSSES |
| 106 | PURCHASED OUTSIDE CLASS PERIOD |
| 108 | PURCHASED OUTSIDE CLASS PERIOD |
| 110 | SHARES SOLD SHORT |
| 111 | NO RECOGNIZED LOSSES |
| 112 | NO RECOGNIZED LOSSES |
| 113 | NO RECOGNIZED LOSSES |
| 115 | SHARES SOLD SHORT |
| 116 | NO RECOGNIZED LOSSES |
| 117 | NO RECOGNIZED LOSSES |
| 118 | NO RECOGNIZED LOSSES |
| 119 | NO RECOGNIZED LOSSES |
| 120 | PURCHASED OUTSIDE CLASS PERIOD |
| 121 | NO RECOGNIZED LOSSES |
| 122 | NO RECOGNIZED LOSSES |
| 123 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 124 | PURCHASED OUTSIDE CLASS PERIOD |
| 125 | NO RECOGNIZED LOSSES |
| 126 | NO RECOGNIZED LOSSES |
| 132 | NO RECOGNIZED LOSSES |
| 133 | NO RECOGNIZED LOSSES |
| 134 | NO RECOGNIZED LOSSES |
| 135 | NO RECOGNIZED LOSSES |
| 136 | NO RECOGNIZED LOSSES |
| 137 | NO RECOGNIZED LOSSES |
| 138 | PURCHASED OUTSIDE CLASS PERIOD |
| 140 | NO RECOGNIZED LOSSES |
| 141 | PURCHASED OUTSIDE CLASS PERIOD |
| 142 | PURCHASED OUTSIDE CLASS PERIOD |
| 143 | PURCHASED OUTSIDE CLASS PERIOD |
| 145 | NO RECOGNIZED LOSSES |
| 146 | SHARES SOLD SHORT |
| 147 | NO RECOGNIZED LOSSES |
| 148 | PURCHASED OUTSIDE CLASS PERIOD |
| 149 | NO RECOGNIZED LOSSES |
| 150 | PURCHASED OUTSIDE CLASS PERIOD |
| 151 | SHARES NOT PURCHASED |
| 157 | NO RECOGNIZED LOSSES |
| 158 | NO RECOGNIZED LOSSES |
| 159 | NO RECOGNIZED LOSSES |
| 160 | NO RECOGNIZED LOSSES |
| 161 | DUPLICATE CLAIM |
| 162 | PURCHASED OUTSIDE CLASS PERIOD |
| 163 | PURCHASED OUTSIDE CLASS PERIOD |
| 164 | PURCHASED OUTSIDE CLASS PERIOD |
| 166 | PURCHASED OUTSIDE CLASS PERIOD |
| 167 | PURCHASED OUTSIDE CLASS PERIOD |
| 169 | PURCHASED OUTSIDE CLASS PERIOD |
| 171 | NO RECOGNIZED LOSSES |
| 172 | NO RECOGNIZED LOSSES |
| 173 | PURCHASED OUTSIDE CLASS PERIOD |
| 174 | PURCHASED OUTSIDE CLASS PERIOD |
| 175 | PURCHASED OUTSIDE CLASS PERIOD |
| 180 | PURCHASED OUTSIDE CLASS PERIOD |
| 181 | NO RECOGNIZED LOSSES |
| 183 | NO RECOGNIZED LOSSES |
| 184 | NO RECOGNIZED LOSSES |
| 185 | NO RECOGNIZED LOSSES |
| 187 | NO RECOGNIZED LOSSES |
| 189 | NO RECOGNIZED LOSSES |
| 191 | NO RECOGNIZED LOSSES |
| 195 | PURCHASED OUTSIDE CLASS PERIOD |
| 196 | NO RECOGNIZED LOSSES |
| 197 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 204 | PURCHASED OUTSIDE CLASS PERIOD |
| 205 | PURCHASED OUTSIDE CLASS PERIOD |
| 206 | PURCHASED OUTSIDE CLASS PERIOD |
| 207 | PURCHASED OUTSIDE CLASS PERIOD |
| 208 | SHARES NOT PURCHASED |
| 209 | NO RECOGNIZED LOSSES |
| 210 | SHARES NOT PURCHASED |
| 211 | NO RECOGNIZED LOSSES |
| 214 | SHARES NOT PURCHASED |
| 215 | SHARES NOT PURCHASED |
| 217 | NO RECOGNIZED LOSSES |
| 218 | NO RECOGNIZED LOSSES |
| 219 | SHARES NOT PURCHASED |
| 221 | NO RECOGNIZED LOSSES |
| 223 | SHARES NOT PURCHASED |
| 224 | SHARES NOT PURCHASED |
| 225 | SHARES NOT PURCHASED |
| 227 | CLAIM WITHDRAWN |
| 228 | NO RECOGNIZED LOSSES |
| 230 | NO RECOGNIZED LOSSES |
| 232 | PURCHASED OUTSIDE CLASS PERIOD |
| 233 | PURCHASED OUTSIDE CLASS PERIOD |
| 234 | PURCHASED OUTSIDE CLASS PERIOD |
| 235 | PURCHASED OUTSIDE CLASS PERIOD |
| 236 | PURCHASED OUTSIDE CLASS PERIOD |
| 237 | NO RECOGNIZED LOSSES |
| 238 | NO RECOGNIZED LOSSES |
| 239 | NO RECOGNIZED LOSSES |
| 240 | NO RECOGNIZED LOSSES |
| 241 | NO RECOGNIZED LOSSES |
| 242 | NO RECOGNIZED LOSSES |
| 243 | NO RECOGNIZED LOSSES |
| 244 | NO RECOGNIZED LOSSES |
| 245 | NO RECOGNIZED LOSSES |
| 248 | NO RECOGNIZED LOSSES |
| 249 | NO RECOGNIZED LOSSES |
| 250 | NO RECOGNIZED LOSSES |
| 251 | NO RECOGNIZED LOSSES |
| 252 | NO RECOGNIZED LOSSES |
| 253 | NO RECOGNIZED LOSSES |
| 254 | NO RECOGNIZED LOSSES |
| 255 | NO RECOGNIZED LOSSES |
| 256 | NO RECOGNIZED LOSSES |
| 257 | NO RECOGNIZED LOSSES |
| 258 | NO RECOGNIZED LOSSES |
| 259 | NO RECOGNIZED LOSSES |
| 260 | NO RECOGNIZED LOSSES |
| 261 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 262 | NO RECOGNIZED LOSSES |
| 263 | PURCHASED OUTSIDE CLASS PERIOD |
| 265 | PURCHASED OUTSIDE CLASS PERIOD |
| 266 | PURCHASED OUTSIDE CLASS PERIOD |
| 267 | PURCHASED OUTSIDE CLASS PERIOD |
| 268 | PURCHASED OUTSIDE CLASS PERIOD |
| 269 | PURCHASED OUTSIDE CLASS PERIOD |
| 271 | NO RECOGNIZED LOSSES |
| 273 | PURCHASED OUTSIDE CLASS PERIOD |
| 274 | PURCHASED OUTSIDE CLASS PERIOD |
| 275 | PURCHASED OUTSIDE CLASS PERIOD |
| 276 | PURCHASED OUTSIDE CLASS PERIOD |
| 277 | PURCHASED OUTSIDE CLASS PERIOD |
| 278 | PURCHASED OUTSIDE CLASS PERIOD |
| 279 | PURCHASED OUTSIDE CLASS PERIOD |
| 280 | PURCHASED OUTSIDE CLASS PERIOD |
| 281 | PURCHASED OUTSIDE CLASS PERIOD |
| 282 | NO RECOGNIZED LOSSES |
| 283 | NO RECOGNIZED LOSSES |
| 284 | SHARES SOLD SHORT |
| 285 | SHARES SOLD SHORT |
| 286 | NO RECOGNIZED LOSSES |
| 287 | NO RECOGNIZED LOSSES |
| 288 | SHARES SOLD SHORT |
| 289 | PURCHASED OUTSIDE CLASS PERIOD |
| 290 | NO RECOGNIZED LOSSES |
| 291 | NO RECOGNIZED LOSSES |
| 292 | PURCHASED OUTSIDE CLASS PERIOD |
| 298 | SHARES NOT PURCHASED |
| 299 | NO RECOGNIZED LOSSES |
| 300 | NO RECOGNIZED LOSSES |
| 301 | PURCHASED OUTSIDE CLASS PERIOD |
| 302 | PURCHASED OUTSIDE CLASS PERIOD |
| 303 | PURCHASED OUTSIDE CLASS PERIOD |
| 305 | PURCHASED OUTSIDE CLASS PERIOD |
| 306 | PURCHASED OUTSIDE CLASS PERIOD |
| 307 | NO RECOGNIZED LOSSES |
| 308 | PURCHASED OUTSIDE CLASS PERIOD |
| 309 | PURCHASED OUTSIDE CLASS PERIOD |
| 310 | PURCHASED OUTSIDE CLASS PERIOD |
| 311 | PURCHASED OUTSIDE CLASS PERIOD |
| 312 | PURCHASED OUTSIDE CLASS PERIOD |
| 314 | NO RECOGNIZED LOSSES |
| 315 | NO RECOGNIZED LOSSES |
| 316 | PURCHASED OUTSIDE CLASS PERIOD |
| 317 | PURCHASED OUTSIDE CLASS PERIOD |
| 318 | NO RECOGNIZED LOSSES |
| 319 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 320 | PURCHASED OUTSIDE CLASS PERIOD |
| 321 | NO RECOGNIZED LOSSES |
| 327 | PURCHASED OUTSIDE CLASS PERIOD |
| 328 | PURCHASED OUTSIDE CLASS PERIOD |
| 329 | PURCHASED OUTSIDE CLASS PERIOD |
| 330 | PURCHASED OUTSIDE CLASS PERIOD |
| 331 | PURCHASED OUTSIDE CLASS PERIOD |
| 332 | PURCHASED OUTSIDE CLASS PERIOD |
| 334 | PURCHASED OUTSIDE CLASS PERIOD |
| 335 | PURCHASED OUTSIDE CLASS PERIOD |
| 336 | PURCHASED OUTSIDE CLASS PERIOD |
| 338 | PURCHASED OUTSIDE CLASS PERIOD |
| 339 | PURCHASED OUTSIDE CLASS PERIOD |
| 340 | PURCHASED OUTSIDE CLASS PERIOD |
| 341 | NO RECOGNIZED LOSSES |
| 342 | PURCHASED OUTSIDE CLASS PERIOD |
| 343 | PURCHASED OUTSIDE CLASS PERIOD |
| 344 | PURCHASED OUTSIDE CLASS PERIOD |
| 345 | NO RECOGNIZED LOSSES |
| 346 | NO RECOGNIZED LOSSES |
| 348 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 351 | NO RECOGNIZED LOSSES |
| 352 | PURCHASED OUTSIDE CLASS PERIOD |
| 353 | NO RECOGNIZED LOSSES |
| 355 | NO RECOGNIZED LOSSES |
| 356 | PURCHASED OUTSIDE CLASS PERIOD |
| 357 | SHARES NOT PURCHASED |
| 360 | DUPLICATE CLAIM |
| 362 | NO RECOGNIZED LOSSES |
| 363 | NO RECOGNIZED LOSSES |
| 364 | PURCHASED OUTSIDE CLASS PERIOD |
| 365 | PURCHASED OUTSIDE CLASS PERIOD |
| 367 | SHARES NOT PURCHASED |
| 373 | PURCHASED OUTSIDE CLASS PERIOD |
| 374 | NO RECOGNIZED LOSSES |
| 376 | NO RECOGNIZED LOSSES |
| 378 | PURCHASED OUTSIDE CLASS PERIOD |
| 383 | NO RECOGNIZED LOSSES |
| 390 | PURCHASED OUTSIDE CLASS PERIOD |
| 391 | NO RECOGNIZED LOSSES |
| 392 | NO RECOGNIZED LOSSES |
| 396 | NO RECOGNIZED LOSSES |
| 398 | NO RECOGNIZED LOSSES |
| 401 | NO RECOGNIZED LOSSES |
| 410 | NO RECOGNIZED LOSSES |
| 411 | NO RECOGNIZED LOSSES |
| 416 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 417 | NO RECOGNIZED LOSSES |
| 419 | SHARES NOT PURCHASED |
| 420 | SHARES NOT PURCHASED |
| 424 | SHARES NOT PURCHASED |
| 425 | NO RECOGNIZED LOSSES |
| 426 | NO RECOGNIZED LOSSES |
| 427 | NO RECOGNIZED LOSSES |
| 430 | PURCHASED OUTSIDE CLASS PERIOD |
| 435 | NO RECOGNIZED LOSSES |
| 436 | SHARES NOT PURCHASED |
| 437 | NO RECOGNIZED LOSSES |
| 441 | SHARES NOT PURCHASED |
| 443 | NO RECOGNIZED LOSSES |
| 446 | NO RECOGNIZED LOSSES |
| 447 | NO RECOGNIZED LOSSES |
| 448 | NO RECOGNIZED LOSSES |
| 450 | PURCHASED OUTSIDE CLASS PERIOD |
| 451 | PURCHASED OUTSIDE CLASS PERIOD |
| 452 | SHARES SOLD SHORT |
| 454 | NO RECOGNIZED LOSSES |
| 455 | NO RECOGNIZED LOSSES |
| 457 | PURCHASED OUTSIDE CLASS PERIOD |
| 458 | PURCHASED OUTSIDE CLASS PERIOD |
| 459 | NO RECOGNIZED LOSSES |
| 460 | NO RECOGNIZED LOSSES |
| 461 | PURCHASED OUTSIDE CLASS PERIOD |
| 462 | SHARES NOT PURCHASED |
| 463 | PURCHASED OUTSIDE CLASS PERIOD |
| 466 | PURCHASED OUTSIDE CLASS PERIOD |
| 467 | PURCHASED OUTSIDE CLASS PERIOD |
| 468 | PURCHASED OUTSIDE CLASS PERIOD |
| 469 | PURCHASED OUTSIDE CLASS PERIOD |
| 470 | PURCHASED OUTSIDE CLASS PERIOD |
| 471 | PURCHASED OUTSIDE CLASS PERIOD |
| 472 | PURCHASED OUTSIDE CLASS PERIOD |
| 473 | PURCHASED OUTSIDE CLASS PERIOD |
| 474 | PURCHASED OUTSIDE CLASS PERIOD |
| 475 | PURCHASED OUTSIDE CLASS PERIOD |
| 476 | PURCHASED OUTSIDE CLASS PERIOD |
| 477 | PURCHASED OUTSIDE CLASS PERIOD |
| 478 | PURCHASED OUTSIDE CLASS PERIOD |
| 479 | PURCHASED OUTSIDE CLASS PERIOD |
| 480 | PURCHASED OUTSIDE CLASS PERIOD |
| 481 | PURCHASED OUTSIDE CLASS PERIOD |
| 482 | PURCHASED OUTSIDE CLASS PERIOD |
| 483 | PURCHASED OUTSIDE CLASS PERIOD |
| 484 | NO RECOGNIZED LOSSES |
| 485 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 486 | NO RECOGNIZED LOSSES |
| 487 | NO RECOGNIZED LOSSES |
| 488 | NO RECOGNIZED LOSSES |
| 489 | NO RECOGNIZED LOSSES |
| 492 | NO RECOGNIZED LOSSES |
| 493 | PURCHASED OUTSIDE CLASS PERIOD |
| 494 | PURCHASED OUTSIDE CLASS PERIOD |
| 500 | NO RECOGNIZED LOSSES |
| 501 | NO RECOGNIZED LOSSES |
| 503 | PURCHASED OUTSIDE CLASS PERIOD |
| 504 | NO RECOGNIZED LOSSES |
| 506 | CLAIM WITHDRAWN |
| 508 | NO RECOGNIZED LOSSES |
| 511 | PURCHASED OUTSIDE CLASS PERIOD |
| 512 | PURCHASED OUTSIDE CLASS PERIOD |
| 513 | NO RECOGNIZED LOSSES |
| 515 | PURCHASED OUTSIDE CLASS PERIOD |
| 516 | NO RECOGNIZED LOSSES |
| 517 | NO RECOGNIZED LOSSES |
| 518 | PURCHASED OUTSIDE CLASS PERIOD |
| 519 | SHARES SOLD SHORT |
| 520 | PURCHASED OUTSIDE CLASS PERIOD |
| 521 | NO RECOGNIZED LOSSES |
| 522 | NO RECOGNIZED LOSSES |
| 523 | PURCHASED OUTSIDE CLASS PERIOD |
| 524 | PURCHASED OUTSIDE CLASS PERIOD |
| 525 | NO RECOGNIZED LOSSES |
| 527 | PURCHASED OUTSIDE CLASS PERIOD |
| 528 | PURCHASED OUTSIDE CLASS PERIOD |
| 529 | NO RECOGNIZED LOSSES |
| 530 | PURCHASED OUTSIDE CLASS PERIOD |
| 531 | NO RECOGNIZED LOSSES |
| 532 | PURCHASED OUTSIDE CLASS PERIOD |
| 533 | NO RECOGNIZED LOSSES |
| 534 | PURCHASED OUTSIDE CLASS PERIOD |
| 535 | NO RECOGNIZED LOSSES |
| 536 | NO RECOGNIZED LOSSES |
| 537 | PURCHASED OUTSIDE CLASS PERIOD |
| 538 | NO RECOGNIZED LOSSES |
| 539 | NO RECOGNIZED LOSSES |
| 540 | NO RECOGNIZED LOSSES |
| 541 | PURCHASED OUTSIDE CLASS PERIOD |
| 542 | NO RECOGNIZED LOSSES |
| 543 | PURCHASED OUTSIDE CLASS PERIOD |
| 545 | PURCHASED OUTSIDE CLASS PERIOD |
| 546 | PURCHASED OUTSIDE CLASS PERIOD |
| 547 | SHARES SOLD SHORT |
| 548 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 549 | NO RECOGNIZED LOSSES |
| 550 | NO RECOGNIZED LOSSES |
| 551 | NO RECOGNIZED LOSSES |
| 552 | PURCHASED OUTSIDE CLASS PERIOD |
| 553 | PURCHASED OUTSIDE CLASS PERIOD |
| 554 | PURCHASED OUTSIDE CLASS PERIOD |
| 555 | NO RECOGNIZED LOSSES |
| 556 | PURCHASED OUTSIDE CLASS PERIOD |
| 557 | NO RECOGNIZED LOSSES |
| 559 | NO RECOGNIZED LOSSES |
| 560 | PURCHASED OUTSIDE CLASS PERIOD |
| 561 | NO RECOGNIZED LOSSES |
| 562 | PURCHASED OUTSIDE CLASS PERIOD |
| 563 | NO RECOGNIZED LOSSES |
| 564 | PURCHASED OUTSIDE CLASS PERIOD |
| 565 | PURCHASED OUTSIDE CLASS PERIOD |
| 566 | NO RECOGNIZED LOSSES |
| 567 | NO RECOGNIZED LOSSES |
| 568 | PURCHASED OUTSIDE CLASS PERIOD |
| 569 | PURCHASED OUTSIDE CLASS PERIOD |
| 570 | NO RECOGNIZED LOSSES |
| 571 | SHARES SOLD SHORT |
| 572 | NO RECOGNIZED LOSSES |
| 573 | NO RECOGNIZED LOSSES |
| 574 | NO RECOGNIZED LOSSES |
| 575 | PURCHASED OUTSIDE CLASS PERIOD |
| 577 | NO RECOGNIZED LOSSES |
| 578 | NO RECOGNIZED LOSSES |
| 582 | NO RECOGNIZED LOSSES |
| 583 | NO RECOGNIZED LOSSES |
| 584 | NO RECOGNIZED LOSSES |
| 585 | NO RECOGNIZED LOSSES |
| 586 | SHARES SOLD SHORT |
| 587 | NO RECOGNIZED LOSSES |
| 588 | PURCHASED OUTSIDE CLASS PERIOD |
| 594 | DUPLICATE CLAIM |
| 595 | DUPLICATE CLAIM |
| 596 | DUPLICATE CLAIM |
| 597 | DUPLICATE CLAIM |
| 598 | DUPLICATE CLAIM |
| 599 | DUPLICATE CLAIM |
| 600 | DUPLICATE CLAIM |
| 601 | DUPLICATE CLAIM |
| 602 | DUPLICATE CLAIM |
| 603 | DUPLICATE CLAIM |
| 604 | DUPLICATE CLAIM |
| 605 | DUPLICATE CLAIM |
| 606 | DUPLICATE CLAIM |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---------|------------------|
| 607 | DUPLICATE CLAIM |
| 608 | DUPLICATE CLAIM |
| 609 | DUPLICATE CLAIM |
| 610 | DUPLICATE CLAIM |
| 611 | DUPLICATE CLAIM |
| 612 | DUPLICATE CLAIM |
| 613 | DUPLICATE CLAIM |
| 614 | DUPLICATE CLAIM |
| 615 | DUPLICATE CLAIM |
| 616 | DUPLICATE CLAIM |
| 617 | DUPLICATE CLAIM |
| 618 | DUPLICATE CLAIM |
| 619 | DUPLICATE CLAIM |
| 620 | DUPLICATE CLAIM |
| 621 | DUPLICATE CLAIM |
| 622 | DUPLICATE CLAIM |
| 623 | DUPLICATE CLAIM |
| 624 | DUPLICATE CLAIM |
| 625 | DUPLICATE CLAIM |
| 626 | DUPLICATE CLAIM |
| 627 | DUPLICATE CLAIM |
| 629 | DUPLICATE CLAIM |
| 630 | DUPLICATE CLAIM |
| 631 | DUPLICATE CLAIM |
| 632 | DUPLICATE CLAIM |
| 633 | DUPLICATE CLAIM |
| 634 | DUPLICATE CLAIM |
| 635 | DUPLICATE CLAIM |
| 636 | DUPLICATE CLAIM |
| 637 | DUPLICATE CLAIM |
| 638 | DUPLICATE CLAIM |
| 639 | DUPLICATE CLAIM |
| 640 | DUPLICATE CLAIM |
| 641 | NO RECOGNIZED LOSSES |
| 643 | NO RECOGNIZED LOSSES |
| 644 | NO RECOGNIZED LOSSES |
| 645 | NO RECOGNIZED LOSSES |
| 651 | NO RECOGNIZED LOSSES |
| 654 | NO RECOGNIZED LOSSES |
| 655 | DUPLICATE CLAIM |
| 656 | DUPLICATE CLAIM |
| 657 | NO RECOGNIZED LOSSES |
| 660 | NO RECOGNIZED LOSSES |
| 661 | PURCHASED OUTSIDE CLASS PERIOD |
| 662 | PURCHASED OUTSIDE CLASS PERIOD |
| 665 | PURCHASED OUTSIDE CLASS PERIOD |
| 666 | NO RECOGNIZED LOSSES |
| 673 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 678 | PURCHASED OUTSIDE CLASS PERIOD |
| 680 | NO RECOGNIZED LOSSES |
| 682 | NO RECOGNIZED LOSSES |
| 684 | WRONG STOCK |
| 687 | NO RECOGNIZED LOSSES |
| 690 | NO RECOGNIZED LOSSES |
| 691 | DUPLICATE CLAIM |
| 692 | SHARES SOLD SHORT |
| 693 | SHARES SOLD SHORT |
| 698 | DUPLICATE CLAIM |
| 699 | CLAIM WITHDRAWN |
| 700 | NO RECOGNIZED LOSSES |
| 702 | NO RECOGNIZED LOSSES |
| 703 | PURCHASED OUTSIDE CLASS PERIOD |
| 704 | WRONG STOCK |
| 705 | PURCHASED OUTSIDE CLASS PERIOD |
| 706 | PURCHASED OUTSIDE CLASS PERIOD |
| 707 | PURCHASED OUTSIDE CLASS PERIOD |
| 710 | PURCHASED OUTSIDE CLASS PERIOD |
| 711 | PURCHASED OUTSIDE CLASS PERIOD |
| 712 | PURCHASED OUTSIDE CLASS PERIOD |

**Total**                                    **453**

**EXHIBIT F**

Acer Therapeutics Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   8

**June 15, 2022**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| Your claim has resulted in a trading gain during the Settlement Class Period.  Any claim whose overall transactions in Acer Therapeutics Inc. common stock during the Settlement Class Period resulted in a trading gain has a Recognized Loss of $0.00. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.